Marie Encar Arnold
5703 Cordonata Way
Bakersfield, CA 93306
Plaintiff as Pro Se
661-748-1289

**FILED**

FEB 2 2 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES OF AMERICA

# EASTERN DISTRICT COURT OF CALIFORNIA

## BAKERSFIELD CIVIL DIVISION

| | |
|---|---|
| **MARIE ENCAR ARNOLD,** | Case No. *1:23CV00266 ADACDB* |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| **UNITED STATES DISTRICT COURT et al, UNITED STATES OF DEPARTMENT OF JUSTICE et al, UNITED STATES MARSHALS SERVICE et al, UNITED STATES OF AMERICA et al, SUPERVISORY DEPUTY UNITED STATES MARSHALS SERVICE RUSSELL SLOPE et al; IN HIS CAPACITY SCOPE OF HIS EMPLOYMENT, DOES: 1-10** | **NEGLIGENCE**<br>**NIED**<br>**FTCA CLAIM**<br>**VIOLATION OF 49 CFR 801.56**<br>**UNWARRANTED UNVASION OF PERSONAL PRIVACY, VIOLATION OF 5 U.S.C. CODE § 522 (b) (6)**<br>**EQUITABLE EXTEND TOLLING STATUE LIMITATIONS** |
| Defendant, | |

1

2

3            **JURISDICTION**

4      1.  This Court has subject matter jurisdiction,
5          **18 U.S. Code § 2338** Exclusive Federal Jurisdiction
       government employee in their capacity of scope employment,
6          **28 U.S.C Code § 1331** Federal Question Jurisdiction
7      subject matter jurisdiction and Personal Jurisdiction, federal laws, federal statutory,
                       Constitution rights, treaties
8

9      Plaintiff Marie Encar Arnold is natural person, Citizen of State of California

10   Defendant (s) is U.S. federal government officials, in their capacity scope of their employment
                   Incorporated Principal Place, Arlington, Virgina
11
          **28 U.S.C. Code § 1346 (b)(1)** Federal Tort Claim Act
12

13              **VENUE**

14     2.  Venue is proper pursuant **28 U.S Code § 1391 (e) (1)** Defendant (s)
       A civil action in which a defendant is an officer or employee of the United States or any agency
15     thereof acting in his official capacity or under color of legal authority, or an agency of the United
       States, Northern District of California, San Fransico County, or **28 U.S. Code §1391 (b) (1)**
16

17          **28 U.S.C. Code §1402 (b)** Federal Tort Claim Act

18

19              **PARTIES**

20     3.  Plaintiff Marie Encar Arnold is natural person, Citizen of State of California, Eastern District
                   of California resides in Kern County, California
21                       5703 Cordonata Way
                         Bakersfield, CA 93306
22

23   4. Defendant is United States Marshals Services, United States Federal Government Agency, of
            United States of America, United States District Court Northern District of California
24                   San Fransico, CA, United States of America

25

26          Philip Burton Federal Building and U.S Courthouse
                       San Francisco County, CA
27                   450 Golden Gate Ave, 20th Floor
                       San Francisco, CA 94102
28

1
2
3
4
5
6

## 5. **STATMENT OF FACTS**

7
8
9

Plaintiff has been naturalized as Marie Encar Arana Arnold is U.S. Citizen AKA Marie A. Arnold

divorced name Marie Arnold Dantes and Marie Encar Arana Hipolito former USPS employee as

10

**Pro Se 28 U.S.C Code § 1654** for Multi- District Court, Northern District Court, San Jose, Oakland

11

District Court, San Fransico, Las Vagas, Eastern District Court. Plaintiff has been litigating civil

12

cases since 2015 to 2021. Plaintiff is not a criminal to civil cases. Plaintiff got accepted to be

13

California Highway Patrol Cadet. Plaintiff has been appointed by Magistrate Judges Federal Pro Se

14

Program and utilize it. Plaintiff is step- daughter of honorable U.S. Marine Corps, Federal Dea and

15

retired State of California Hall of Fame, California Trooper Harry William Arnold and

16

family of U.S. Navy and affiliated Government branches. Expediated visa by Congress of the

17

United States, House of Representatives, Washington D.C. 20515 by 10th District, of California

18

Don Edwards in March 12,1984. Plaintiff has religion baptize Catholic and Christain base schools.

19

Family of "honor code." Plaintiff protecting family (s) California Privacy Act and U.S. Constitution

20

Rights.  Plaintiff Marie Arnold has FBI live scan 4 times, is FBI live scan from FBI headquarter,

21

Washington D.C. clearance for FBI tour, is not criminal and DOJ live scan "2" times. **(EXHIBITS**

22

**B)** Plaintiff's first year of law student, Plaintiff has Harvard University EDX 2022, leadership

23

Foundation, Pastor studied for Liberty University Helms School of Government at Liberty 2019-

24

2020 and Harvard University EDX 2021-2022 certification courses for Plaintiff were disrupted from

25

her education and invaded seclusion deprived for her pre-law school. Plaintiff was in pain and

26

suffering causing her grades to be at risks with all aggravation. Defendant (s) USMS Russel Slope

27
28

and George Nichols has federal duties codes and federal oaths and work ethics, policy.

On April. 22,2021 Plaintiff Marie Encar Arnold as Pro Se reside 5703 Cordonata Way, Bakersfield, CA 93306 where the incident occurred Kern County, CA. Plaintiff had San Fransico District Court 450 Golden Gate Ave, 20th Floor San Fransico, federal case re-assigned transfer from Oakland Federal Court. Plaintiff was upset, of re-assigned. Plaintiff went to court clerk to file pleadings. After, the court clerk, Plaintiff headed to cafeteria for lunch. Plaintiff sat in her table to eat her lunch, Defendant USMS George Nichols was approaching people in table was prospecting his business card during government paid time, with his uniform holding radio in other hand. Plaintiff doubted this would unethical but he approached the table started talking. Plaintiff was violated by these action cause by Defendant (s) USMS George Nichols committed wrongful act or omission **28 U.S.C.  Code § 1346** on Plaintiff's personal privacy. Defendant (s) USMS George Nichols wrongful act or omission committed **5 U.S. Code § 522 (b) (6)** unwarranted invasion of one's privacy. Plaintiff complaint about tampering with victim, witness, , or an informant during civil case litigation, education, job search, spying on bank account, assets,

ssn, etc. and Plaintiff was retaliation. Plaintiff has sent "distress complaint" Department of Human

Health Services July 20,2021 and FBI Cybersecurity 2019,2020,202, USPS Criminal Investigator

March, 22,2021, U.S. General Inspector Department of Justice May,13,2021 and FTC Investigator

April 17,2020, **(EXHIBITS C) (EXHIBITS A)(EXHIBITS C) (EXHIBITS E)** U.S. Senate Alex

Padilla, Criminal Justice responded Sept.20,2022 and responded White House comment complaint

suggestions President Joe Biden June. 17,2021, **(EXHIBITS W)** United States Marshals Service

Criminal Investigator April,22,2021, June 17,2021, Dec. 13,2022 Lisa M. Dickinson Counsel FTCA

# 52941 **(EXHIBITS F)** Department of Justice, Civil Division Tort Hope Swann, reply June 2,2021,

August 2,2021, November 2,2021, November 9,2021, **(EXHIBITS E)** Defendant (s) USMS George Nichols committed negligence intrusion, spying, eavesdropping, wiretapping, stealing personal information's, breach financial information's unlawful, Plaintiff's federal case civil cases which contain highly sensitive personal information without her consent. Defendant (s) USMS George Nichols "stating out loud" criminal defense" has been reckless imposing as Attorney breaching information to criminal defense during duties.

Defendant USMS Russel Slope committed wrongful act omission Plaintiff's complain letter about George Nichols his scope of practice sent to Philip Burton Federal Building & United States Courthouse San Fransico 450 Golden Gate Ave, 20th Floor San Fransico, Defendant USMS Russel Slope and Plaintiff had *via* phone conversation regarding adverse action, Defendant USMS Russel Slope breached his duty to perform.  Defendant USMS Slope imposes as Attorney made statement inappropriate interrogation on Plaintiff's phone land line at her resident 5703 Cordonata Way, Bakersfield, CA 93306. Defendant (s) USMS Russel Slope committed duties that prohibits **28 U.S.C. Code § 568** practice of law prohibits a United States Marshals or Deputy Marshal may not practice law in any court of the United States. Defendant (s) USMS overseeing detentions management matters for individuals remanded to U.S. Marshals Service custody. Defendant (s) USMS Russel Slope and George Nichols partners with State and local proprietary Oakland PD, Santa

1  Plaintiff send claim Department of Justice, 950 Pennsylvania Avenue, NW, Washington D.C.

2  cyberhacking, tampering civil cases, using under cover spy ops. invasion of relationship bedroom,

3

4  unconsented reviewing Ex-BF engineer. Plaintiff alleged Defendant (s) USMS George Nichols

5  intrude seclusions on Plaintiff's personal information's review Plaintiff's phone conversation which

6  holds medical and bank account personal information's such ssn, us passport, financial assets, bank

7  account numbers, Facebook, financial transactions, USPS Assements, Liberty University law school

8

9  exams, State of California CPT1, license, all DMV exam records, transcripts, Harvard University

10 certificate achievement, U.S. Government, Plaintiff's civil rights case, personal injuries case,

11 discoveries of cases, deposition, evidences record **(EXHIBITS G) (EXHIBITS E) (EXHIBITS K)**

12 **K)** monitored breached and highly sensitive personal information's.

13

14 Plaintiff send her FTCA to USMS for investigation of her property compensary damages to

15 Plaintiff's cars BMW x1 spare tire, missing key, missing ER kit, Mercedes c300, scratch during out

16 town Court hearing the wall papers because Plaintiff hears and review damages property during

17 civil Litigations. **(EXHIBITS F)** Defendant (s) USMS George Nichols and Russel Slope can hear

18 Nichols and Russel Slope employee (s) abuse authority of undercover operation to breached

19 Plaintiff's emails, invasion computer, medical appointments, medical records, and highly sensitive

20 personal information's. Plaintiff has sent "distress complaint" Department of Human Health Services

21 July 20,2021 and USPS Criminal Investigator March, 22,2021, U.S. General Inspector Department

22 of Justice May,13,2021 and FTC Investigator April 17,2020, U.S. Senate Alex Padilla, Criminal

23

24 Justice

25

26

27

28

responded Sept.20,2022 and responded White House comment complaint suggestions President Joe

Biden June. 17,2021, United States Marshals Service Criminal Investigator April,22,2021, June

17,2021. Department of Justice, Civil Division Tort Hope Swann, reply June 2,2021, August 2,2021,

November 2,2021, November 9,2021, FBI Cybersecurity 2019,2020,202. **(EXHIBITS G)**

**(EXHIBITS A) (EXHIBITS E) (EXHIBITS C)(EXHIBITS W)**

Defendant (s) USMS overseeing detentions management matters for individuals remanded to U.S.

Marshals Service custody. Defendant (s) USMS Slope and George Nichols partners with State and

local proprietary Oakland PD, Santa Clara County, SCC PD, San Mateo County, San Fransico, FBI,

Public Defender favoritism in same building, PD, intergovernmental Prison in house of prisoner with

cruel inhumane tortures and degrading. Plaintiff and daughters suffered mental abuse, emotional

distress, yelling out in defend her privacy, aggravated, provoked, frustrated, financial hardships,

burden, inducing high blood pressure, inducing heart attack, name calling, pressure.   Plaintiff's cars

and property was looted and property damages.


Pursuant **28 U.S.C. Code § 2677** Plaintiff has sent her early settlement with USMS Headquarter

General Counsel Lisa M. Dickinson in writing **(EXHIBITS F).** Plaintiff complied with to mitigate

Her personal injuries and loss wages. Plaintiff is entitled for pursuant **28. U.S.C. Code § 2676**

judgment in action section 1346 (b) of this shall constitute a complete bar to any action by claimant

by reason of the same subject matter, against the employee of the government whose act omission

gave rise to claim.

Pursuant FTCA **28 U.S. Code § 2675 (a)** An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the government while acting within the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate Federal Agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail. The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section. The provisions of this subsection shall not apply to such claims as may be asserted under the Federal Rules of Civil Procedure by third party complaint, cross-claim, or counterclaim.

Plaintiff send a complaint on April, 22,2021 U.S Department of Justice 950 Pennsylvania Avenue, NW Washington D.C. 20530-0001 S95 form USPS certified mailed **(EXHIBITS C)** Department of Justice, Civil Division, Torts Branch, Federal Tort Claims Act Staff GKJ:HLSwann:hls 157-16-0 Post Office Box 888 Benjamin Franklin Station, Washington D.C. 20044 responded correspondence dated June 20,2021, forwarding new correspondence to your office United States Marshals Service by Hope L Swann, Paralegal Specialist, Civil Division, Tort Branch on (4) reply June 2,2021, August 2, 2021, November 2, 2021, and November 9,2021 United States Marshals Service Headquarters, Washington, D.C 20530 office of General Counsel on Lisa M. Dickinson responded with correspondence on Re: Administrative Tort Claim OGC #52941 on June 17,2021, **(EXHIBITS E)** certain sum of amount $10 Billions, Instruct Plaintiff to pursuant **28 C.F.R 14.2 (a) & 14.4** in order to fully adjudicate your claim within 30 days.

medical documentation showing proof of injuries sustained, itemized your bills or paid receipts for medical expenses incurred. evidence to substantiate USMS negligence given rise to this claim, email address, two estimates of repair or itemized pair receipt. By Lisa M Dickinson, General Counsel, Tort Claim Analyst **(EXHIBITS F)** Plaintiff forward her claim with 7/15/2021 delivered USPS tracking receipt with 2 set of USBS, letters, Dignity Health w/ password, forms that were breached, USMS negligence agent. form followed up with USMS Headquarters Ms. Lisa Dickinson phone message. Plaintiff was breached on her social media, Facebook, emails, phone texts, at properties, and cars. Plaintiff's family, friends and daughters' personal information, many more were breached Pastors, Professors, medical professional, actors, singers, teachers, victims, retired former governments, ADA disable person doesn't violate any first amended, family, friends, co-workers, lawyers, Loan officer, Realtors, students Athletics, Insurance company my family and friends outside countries such as Philippines, Japan, China, England, Portugal, Europe, Canada, India Etc. other states in U.S.A that were in Facebook. Plaintiff to defend her rights to protect her family and friends and co-workers, Ex bf from abuse of power. Plaintiff is witnesses to this abuse of power crimes.

Lisa M Dickinson, General Counsel FTCA Tort **(EXHIBITS E)**. Plaintiff to adjudicate her medical records and bill, property damages. **(EXHIBITS F)** Plaintiff has sent her S95 form properly to Department of Justice Tort Civil Division mail and certified USPS. **(EXHIBITS D)**

Plaintiff to wait for approve or denial letter for investigation for all her adjudicated item property damages. Plaintiff can file 6 months after to District Court for a lawsuit due denial letter. Defendant USMS headquarter Office of General Counsel Washington DC 20530-0001of Lisa M. Dickinson replied final denial letter late more than 6 months on Dec. 13,2022 with certified letter# 7012 0470 0000 5407 2274 signed by Jennifer B. Bryan on behalf of Lisa M. Dickinson. Plaintiff has sent her certified mail responds back drop it off the USPS front desk clerk at 1730 18th St. Bakersfield, CA 93301 around 8:00- 9:00 am on Dec. 20, 2022. **(EXHIBITS E)**

Defendant USMS headquarter denied FTCA negligence and denial the existence of their employee (s) George Nichols and Russel Slope. Defendant USMS failed to investigates property damages and cause negligent infliction emotional distress. Plaintiff did not fail to exhausts her remedies and send all documents evidences such as medical bills, receipts and certified mailed DOJ letters. Plaintiff pursuant **28 U.S.C Code § 2401 (b)** A tort claim against the United States s hall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented. Plaintiff has exhaust administrative remedies to Department of Justice and US Marshal Serivces. Plaintiff had **28 C.F.R 14.2 (a) & 14.4** in order to fully adjudicate your claim within **30** Serivces. Medical documentation showing proof of injuries sustained, itemized your bills or paid receipts for medical expenses incurred. Submit evidence to substantiate USMS negligence given rise to this claim, email address, two estimate of repair or itemized pair receipt.

1
2
Pursuant **FTCA 28 U.S. Code § 2675 (a)** An action shall not be instituted upon a claim against the
3
United States for money damages for injury or loss of property or personal injury
4
or death caused by the negligent or wrongful act or omission of any employee of the have been
5
finally denied by the agency in writing and sent by certified or registered mail. The failure of an
6
agency to make final disposition of a claim within six months after it is filed shall, at the option of
7
the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.
8
Plaintiff compensary damages and lost wages, negligent emotional distress cause by Defendant
9
USMS Russ Slope and George Nichols.  Plaintiff asserted "sum certain" $10 Billions of damages
10
for FTCA.
11
12
Pursuant **28 U.S.C. Code § 2677** Plaintiff has sent her early settlement with USMS Headquarter
13
General Counsel Lisa M. Dickinson in writing (**EXHIBITS F**). Plaintiff complied with to mitigate
14
Her personal injuries and loss wages. Plaintiff is entitled for pursuant **28. U.S.C. Code § 2676**
15
16
judgment in action section 1346 (b) of this shall constitute a complete bar to any action by claimant
17
by reason of the same subject matter, against the employee of the government whose act omission
18
gave rise to claim.
19
20
21
22
23
24
25
26
27
28

United States Marshals Service Headquarters, Washington, D.C 20530 office of General Counsel on

responded with correspondence on Re: Administrative Tort Claim OGC #52941 on June 17,2021,

**(EXHIBIT E)** certain sum of amount $10 Billions, Instruct Plaintiff Marie Arnold to pursuant 28

C.F.R 14.2 (a) & 14.4 in order to fully adjudicate your claim within 30 days. medical documentation

showing proof of injuries sustained, itemized your bills or paid receipts for medical expenses

incurred. evidence to substantiate USMS negligence given rise to this claim, email address, two

estimate of repair or itemized pair receipt. By Lisa M Dickinson, General Counsel, Tort Claim

Analyst **(EXHIBITS F)** Plaintiff forward her claim with 7/15/2021 delivered USPS tracking receipt

with 2 set of USBS, letters, Dignity Health w/ password, forms that were breached, USMS

negligence agent. form followed up with USMS Headquarters Ms. Lisa Dickinson phone message.

Plaintiff was breached on her social media, Facebook, emails, phone texts, at properties, and cars.

Plaintiff's family, friends and daughters' personal information, many more were breached Pastors,

Professors, medical professional, actors, singers, teachers, victims, retired former governments,

ADA disable person doesn't violate any first amended, family, friends, co-workers, lawyers, Loan

officer, Realtors, students Athletics, my family and friends outside countries such as Philippines,

Japan, China, England, Portugal, Europe, Canada, India Etc. other states in U.S.A that were in

Facebook.

**I.**

**FIRST CLAIM OF RELIEF**

**UNDER FEDERAL TORT CLAIM ACT**

**28 U.S.C Code § 1346 (b) (1)**

**VIOLATION OF**

**NEGLIGENCE**

1. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant (s) USMS George Nichols and Russel Slope as "Federal Agency." Defendant (s) USMS George Nichols and Russel Slope committed a violation of **28 U.S.C. Code § 1346 (b) (1)** wrongful act or omission of federal employee (s). Plaintiff Arnold was given to assert her FTCA claims through Department of Justice Hope Swann Department of Justice, Civil D. Torts Branch, Federal Tort Claims Act Staff GKJ:HLSwann:hls 157-16-0 Post Office Box 888 Benjamin Franklin Station, Washington D.C. 20044 responded correspondence dated June 20,2021, forwarding new correspondence to your office United States Marshals Service by Hope L Swann, Paralegal Specialist, Civil Division, Tort Branch on (4) reply June 2,2021, August 2, 2021, November 2, 2021, and November 9,2021 United States Marshals Service Headquarters, Washington, D.C 20530 office of General Counsel FTCA Administrative Tort Claim OGC #52941 on June 17,2021 from United States Marshals Services by Lisa M Dickinson, General Counsel FTCA Tort **(EXHIBITS E).** Plaintiff to adjudicate her medical records and bill, property damages. **(EXHIBITS F)** Plaintiff has sent her S95 form properly to Department of Justice Tort Civil Division mail and certified USPS. **(EXHIBITS D)** Plaintiff to wait for approve or denial letter for investigation for all her adjudicated item property damages. Plaintiff can file 6 months after to District Court for a lawsuit due denial letter. Defendant

USMS headquarter Office of General Counsel Washington DC 20530-0001of Lisa M. Dickinson replied final denial letter late more than 6 months on Dec. 13,2022 with certified letter# 7012 0470 0000 5407 2274 signed by Jennifer B. Bryan on behalf of Lisa M. Dickinson. Plaintiff has send her certified mail responds back drop it off the USPS front desk clerk at 1730 18th St. Bakersfield, CA 93301 around 8:00- 9:00 am on Dec. 20, 2022. **(EXHIBITS E)**

Defendant USMS headquarter denied FTCA negligence and denial the existence of their employee (s) George Nichols and Russel Slope. Defendant USMS failed to investigates property damages and cause negligent infliction emotional distress. Plaintiff did not fail to exhausts her remedies and send all documents evidences such as medical bills, receipts and certified mailed DOJ letters. Plaintiff pursuant **28 U.S.C Code § 2401 (b)** A tort claim against the United States s hall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented. Plaintiff has exhaust administrative remedies to Department of Justice and US Marshal Serivces. Plaintiff had **28 C.F.R 14.2 (a) & 14.4** in order to fully adjudicate your claim within **30** Serivces. Medical documentation showing proof of injuries sustained, itemized your bills or paid receipts for medical expenses incurred. Submit evidence to substantiate USMS negligence given rise to this claim, email address, two estimate of repair or itemized pair receipt.

Pursuant **FTCA 28 U.S. Code § 2675 (a)** An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the have been finally denied by the agency in writing and sent by certified or registered mail. The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.

Plaintiff compensary damages and lost wages, negligent emotional distress cause by Defendant

USMS Russ Slope and George Nichols. Plaintiff asserted "sum certain" $10 Billions of damages

for FTCA.

Pursuant **28 U.S.C. Code § 2677** Plaintiff has sent her early settlement with USMS Headquarter

General Counsel Lisa M. Dickinson in writing **(EXHIBITS F)**. Plaintiff complied with to mitigate

Her personal injuries and loss wages. Plaintiff is entitled for pursuant **28. U.S.C. Code § 2676**

judgment in action section 1346 (b) of this shall constitute a complete bar to any action by claimant

by reason of the same subject matter, against the employee of the government whose act omission

gave rise to claim.

 

   **1.**  Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant (s) USMS Russel Slope

**28 U.S.C Code § 1346 (b) (1)** committed violation wrongful act or omission on their duty

incapacity scope. Defendant (s) USMS George Nichols and Russel Slope disregard for the safety or

lives of others, which is so great it appears to be a conscious violation of other people's rights to

safety." Plaintiff wrote a letter to United States of Marshals Services regarding USMS George

Nichol's omission "noise" of harassment of Prison's electronic harassment, tampering with victim

and people aggravating Plaintiff during her civil cases as Pro Se designated to Plaintiff's house 5703

Cordonata Way, Bakersfield, CA at 10:00 am. Plaintiff complain letter of adverse action to be

investigated was addressed to United States Marshals Service Philip Burton Federal Building &

United States Courthouse 450 Golden Avenue San Fransico, CA. Defendant (s)

USMS Russel Slope called Plaintiff's house phone and left message to call him back. Defendant (s)

USMS Russel Slope responding to a letter of Plaintiff's complaining. Defendant (s) USMS Russel

Slope introduce himself as Management discuss about my complaint and issue. Plaintiff Arnold and

Defendant (s) Russel Slope had via conversation her landline phone. Defendant (s) USMS Russel Slope started interrogating as Attorney and Plaintiff got offended as It's premature to ask such questions as it's out of his scope of practice. Plaintiff knows her legal rights and decided to end phone conversations.

Defendant (s) USMS Russel Slope "voice change" when he asked hypothetical questions does not relate to the complains. Plaintiff got upset. Defendant (s) USMS Russel Slope committed negligence to Plaintiff's complains and allowed the harassments "noise" from the wire, oral, intercept electronic communication through the monitored surveillance and cyberhacking on bank accounts, ssn, tampering with victim, pain and suffering coming from electronic harassment Prison from coming United States Marshals Service Philip Burton Federal Building & United States Courthouse 450 Golden Avenue San Fransico, CA 1. Defendant (s) USMS Russel Slope had a legal duty of obligation to performed **28 U.S. Code § 566 Power and duties** to assist investigate all the tampering with victim and "noise" wire, oral, intercept, electronic communication, "Prisons" "tortures" give adverse action and provided Plaintiff a Witness Protection Program as she, Pro Se and victims to all her cases. Instead, Plaintiff is getting harassed by high- profile criminals through the wire, oral, intercept, electronic communication. Plaintiff is disfavored because she non-criminal and Pro Se litigation at multi- district court. Plaintiff was ignored and neglected. 2. Defendant (s) USMS Russel Slope breach of duty conduct falls below level of care owed to Plaintiff. Defendant USMS Russel Slope breach of duty not to complete his investigations and provided Witness Protective Program to Plaintiff. Plaintiff was Pro Se attending court hearing and litigations. (3) Cause- in-fact ties that Defendant (s) USMS Russel Slope breach of duty to perform investigation Plaintiff's injury. (4 ) proximate cause. Defendant (s) USMS Russel Slope had a duty to exercise reasonable care, instead committed reckless, omission conduct failed to investigate "noise" tampering with her case, Prison "tortures." Defendant (s) USMS Russel Slope failed to contact

1    Department of Justice, check with other investigators such as respond letter FTC, FBI Cybersecurity

2    complaint, USPS Criminal Investigator, U.S. Senator Alex Padilla Criminal Justice (**EXHIBITS A**)

3    (**EXHIBITS C**) (**EXHIBITS G**) (**EXHIBITS E**).

4     Plaintiff had written letters to USMS Criminal Investigator and picture of evidences of property

5    damages which I have filed sent with adjucticated copy of medical bills and receipts, picture of

6    Plaintiff's cars always tampering during civil litigations. (**EXHIBITS F**) Plaintiff Marie Encar

7    Arnold declaration evidences of existence of federal employee under **FTCA 28 U.S.C. Code §**

8    **2671. (EXHIBITS Z)**

9

10    Defendant USMS Russel Slope committed negligence to Plaintiff's complain about

11    Defendant (s) George Nichol's misconduct behavior and noise with Prison "excessive cruel

12    inhumane torture" tampering with victim during her case. After, Defendant USMS Russel Slope

13    disregard my complain about his co-worker. Plaintiff decide to send S95 form to USMS Headquarter

14    Office of Counsel Lisa M. Dickinson. and Department of Justice Tort Division Hope Swann

15    Paralegal. Plaintiff send a complaint regarding tampering, ssn, bank, "excessive cruel inhumane,"

16    Defendant USMS Russel Slope tried to conceal the adverse action from Plaintiff's complaint.

17    Plaintiff has knowledge that this employees George Nichols and Russel Slope is employed

18    Philip Burton Federal Building & United States Courthouse 450 Golden Avenue San Fransico, CA

19    94102.

20

21

22

23

24

25

26

27

28

1

2    2.  Plaintiff Arnold meet in person George Nichols in cafeteria Philip Burton Federal Building &

3    United States Courthouse 450 Golden Avenue San Fransico, CA 94102. Plaintiff drove her Z4 to

4    San Fransico. Plaintiff had a court hearing with a one her Federal Case. Defendant George Nichols

5    was prospecting his motorcycle training class his side business. Defendant USMS George Nichols

6

7    is a referee for boxing show games. Defendant USMS George Nichols was wearing his blue suit

8    and holding a radio in another and going to table to table. Defendant USMS George Nichols

9    posted his LinkedIn as Court Security Officer USMS San Fransico, CA. **Fed. Rule Evid. Code 401,**

10    **901 (e) computer data. (EXHIBITS Z)**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**II.**

## UNDER FEDERAL TORT CLAIM ACT

### 28 U.S.C Code § 1346 (b) (1)

### NEGLIGENCE

### *DUTY:*

1. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant Russel Slope "Employee of the government" includes (1) officers or employees of any federal agency and person acting on behalf of federal agency in an official capacity. Defendant is United States Marshals Service employed in capacity of scope at Philip Burton Federal Building & United States Courthouse 450 Golden Avenue San Fransico, CA 94102. Pursuant **28 U.S.C. Code § 1346 (b) (1)** a civil action claim against party that cause personal injury and wrongful act or omission. Plaintiff Arnold alleged against Defendant (s) USMS Russel Slope committed negligence of duty analysis is circumstance under which an obligation to exercise reasonable care exist. Duty that is a negligence liability cause by reckless conduct employee. 1) the general duty of principal of reasonable care 2.) expectations to the general duty principle that established limited duty rules. Plaintiff Arnold complain about Plaintiff wrote a letter to United States of Marshals Services Philip Burton Federal Building & United States Courthouse 450 Golden Avenue San Fransico, CA regarding USMS George Nichol's omission misconduct behavior "noise" of harassment of Prison's electronic harassment, tampering with victim and people aggravating Plaintiff during her civil cases as Pro Se designated to Plaintiff's house 5703 Cordonata Way, Bakersfield, CA at 10:00 am on April.

22,2021. Defendant (s) USMS Russel Slope has a duty foreseeable Plaintiff to exercise reasonable

care with regard to foreseeable risk to harm to one conduct. Defendant (s) USMS Russel Slope

disregard rights and safety for others. After, Defendant USMS Russel Slope

disregard my complain about his co-worker. Plaintiff decide to send S95 form to USMS Headquarter

Office of Counsel Lisa M. Dickinson. and Department of Justice Tort Division Hope Swann

Paralegal. Plaintiff send a complaint regarding tampering, ssn, bank, "excessive cruel inhumane,"

Defendant USMS Russel Slope tried to conceal the adverse action from Plaintiff's complaint.


3. Defendant (s) USMS Russel Slope employed as in Management at Philip Burton Federal

Building & United States Courthouse 450 Golden Avenue San Fransico, CA 94102 has an obligation

duty to assist with investigation on his **28 U.S.C. Code § 566 (a)** It is the primary role and mission of

the United States Marshals Service to provide for the security and to obey, execute, and enforce all

orders of the United States District Courts, the United States Courts of Appeals,

the United States Tax Court, as provided by law. **(1)** The United States Marshals Service is

authorized to—**(A)** provide for the personal protection of Federal jurists, court officers, witnesses,

and other threatened persons in the interests of justice where criminal intimidation impedes on the

functioning of the judicial process or any other official proceeding; **(D)** assist State, local, and other

Federal law enforcement agencies, upon the request of such an agency.


4. Defendant (s) USMS Russel Slope called and left a message in Plaintiff's house landline

regarding the complain about Defendant (s) George Nichol's misconduct behavior and

noise with Prison "excessive cruel inhumane torture" Plaintiff can hear from wire, oral, intercept

electronic communication, wire –tap Itelligence, images, photo, cell- phone, landline, homeland

security. Plaintiff is being tampered as victim. Plaintiff seeks adverse action to employee who permitted those misconduct behavior that designated in Plaintiff's resident 5703 Cordonata Way, Bakersfield, CA 93306 on April 22, 2021 10:00 am.

5. Defendant (s) USMS Russel Slope is aware Plaintiff is Pro Se and is getting tampered as victim as Pro Se during her civil litigation cases. Plaintiff called Russel Slope retrieved the voice message that he left in Plaintiff's house landline. Plaintiff Arnold and Defendant (s) USMS Russel Slope had a *via* conversation regarding Plaintiff's complain. Defendant (s) USMS Russel Slope listen to my complaint disrupted with inappropriate interrogation hypo ethical question that does not relate to complain to be investigate. Plaintiff felt offend that he's practicing out of his scope with the duty with United States Marshals Service.

6. Plaintiff alleged against Defendant (s) USMS Russel Slope his duty obligation to provided **28 U.S.C. Code § 566 (A)** provided for personal protection under Federal Witness Program. Plaintiff has complaint with other Federal Agencies, even State and local Investigators. Plaintiff was being tampered as victim as Pro Se and property damages and intimidations were occurring during federal civil action.

7. Plaintiff alleged against Defendant (s) USMS Russel Slope his duty to finalize his investigation and **28 U.S.C. Code § 566 (D)** assist State, local, and other Federal law enforcement agencies, upon the request of such an agency. Defendant (s) USMS Russel Slope can assist investigation with other Investigator FTC, FBI Cyber security, HHS, USMS Investigator, U.S. Senator Alex Padilla, U.S. Attorney General, Office General Inspection respond letters **(EXHIBITS G) (EXHIBITS C) (EXHIBITS A)** on Plaintiff's property

1  damages of her cars and lost wages, personal injuries filed FTCA Tort adjudicated **(EXHIBITS F)**

2  that was send certified mailed to USMS Headquarter Lisa M. Dickinson.

### III.

### UNDER FEDERAL TORT CLAIM ACT

### 28 U.S.C Code § 1346 (b) (1)

### NEGLIGENCE

### *BREACH OF DUTY:*

1.  Plaintiff Arnold alleged against **28 U.S.C Code § 2671** Defendant (s) USMS Russel Slope breach of duty to finalize the investigation on Plaintiff's "distress complaint" adverse action, on Defendant (s) USMS George Nichols. Defendant (s) USMS Russel Slope failed to meet standard care of **USMS 28 U.S. Code § 566 Power and duties (a)** It is the primary role and mission of the United States Marshals Service to provide for the security and to obey, execute, and enforce all orders of the United States District Courts. as provided by law. **(1)** The United States Marshals Service is authorized to—**(A)** provide for the personal protection of Federal jurists, court officers, witnesses, and other threatened persons in the interests of justice where criminal intimidation impedes on the functioning of the judicial process or any other official proceeding; **(D)** assist State, local, and other Federal law enforcement agencies, upon the request of such an agency. Defendant USMS Russel Slope has legal obligation to Plaintiff. Defendant USMS Russel Slope breach to duty to other Federal Agency Investigator of Plaintiff's "distress complaint" and risk of identity theft, unlawful breaching FTC, Dept. Human Health Services etc. **(EXHIBITS A) (EXHIBITS E) (EXHIBITS C) (EXHIBITS F)** Defendant USMS Russel Slope **28 U.S.C Code § 1346 (b) (1)** committed a violation wrong act or omission to Plaintiff's complain about George Nichol's misconduct behavior and tampering with victim, noise with Prison "excessive cruel inhumane torture" adverse action. Plaintiff is being disfavored from Public Defenders and

criminal defenders.

    2.  Plaintiff Arnold alleged against Defendant USMS Russel Slope breach the duty to provided Plaintiff protection from Witness Protection Program because she is a tampered victim as Pro Se, and non-criminal. Plaintiff is considered other interest other threatened persons in the interests of justice were criminal intimidation. Defendant USMS Russel Slope is aware can hear wire, oral, intercept electronic communication, wire tappers, cyberhacker, from Plaintiff's *human* **(RFID).** Plaintiff is getting threats and intimidations of property looters and negligent emotional infliction distress.

3. Plaintiff Arnold alleged against Defendant USMS Russel Slope breach the duty of his complain about George Nichol's "noise" George Nichol's misconduct behavior and noise with Prison "excessive cruel inhumane torture" harassments designated in Plaintiff's resident 5703 Cordonata Way, Bakersfield, CA 93306 on April 22,2021 at 10:00 am. Defendant USMS breach of his duty for proper final verbal statement on adverse action on Plaintiff's complain. Plaintiff was ignored and resume with negligent infliction emotional distress on yelling, defending, aggravated, provoked, pressures, intimidations, one voice program human **(RFID),** wire, oral, intercept. Defendant USMS Russel Slope decide to ignored it and conceal his co-worker adverse action. Plaintiff without hesitation send a S95 Form to USMS headquarter then his spied inform him. Then he reacted.

**IV.**

## UNDER FEDERAL TORT CLAIM ACT

### 28 U.S.C Code § 1346 (b) (1)

### NEGLIGENCE

### *CAUSATION:*

1. Plaintiff alleged against **28 U.S.C. Code §2671** Defendant USMS Russel Slope is causation to Plaintiff's personal injuries and property damages and lost wages FTCA denied due to Defendant Russel Slope reckless and wrongful act or omission failed to obligation to investigate crimes and provided Plaintiff in a Witness Protection Program. Defendant USMS Russel Slope is causation of Plaintiff negligent infliction emotional distress continues and missing thing keeps occurring in Plaintiff's resident 5703 Cordonata Way, Bakersfield, CA 93306. Defendant USMS Russel Slope cause-in-fact breach his duty cause Plaintiff's personal injuries, pain and suffering, head ace, last for weeks, Emeregncy Room, aggravation, defending, Plaintiff seeks Medical Professional. Plaintiff's is Pro Se and is seeking Federal Pro Se Program in United States District Court for advices. Plaintiff get *via* phone conversations. Defendant USMS Russel Slope unreasonable, reckless, and misconduct cause harm to Plaintiff's injuries. Plaintiff is not criminal nor fugitive. Plaintiff complains why she'd being treated like a criminal. Defendant USMS failed to obligation on Government Ethical Code. Plaintiff is Pro Se and Defendant USMS Russel Slope employed as Management he can provide. Defendant USMS Russel Slope causation is sufficient factor, relevant to his wrongful act of duty, breach of duty cause Plaintiff negligent infliction distress.

Defendant USMS Russel Slope **28 U.S.C Code § 1346 (b) (1)** committed a violation wrong act or omission to Plaintiff's complain about George Nichol's misconduct behavior and tampering with

1    victim, noise with Prison "excessive cruel inhumane torture" adverse action

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IV.**

**UNDER FEDERAL TORT CLAIM ACT**

**28 U.S.C Code § 1346 (b) (1)**

**NEGLIGENCE**

***SCOPE OF LIABILITY (PROXIMATE CAUSE:***

1. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant USMS Russel Slope scope of liability as Defendant USMS Russel Slope had a duty to exercise reasonable care to provide Federal Witness Protection Program and investigate Plaintiff's FTCA adjudicated claims, lost wages and investigate the intimidation from wire, oral, intercept electronic communication, wire-tap, cell phone, h*uman* (**RFID**) and property damages at her properties 5703 Cordonata Way, Bakersfield 93306, 10367 Perfect Parsley, Las Vegas, NV 89183 instead, he engaged in careless conduct, reckless, cause- in- fact of Plaintiff's injuries. Defendant USMS Russel Slope had legal cause by his careless and reckless of negligence. Defendant USMS Russel Slope proximate cause Plaintiff to suffered in pain and suffering and negligent infliction emotional distress. Defendant USMS Russel Slope has a legal obligation under his **USMS 28 U.S. Code § 566 Power and duties (a) (A) (1) (D)** owe to Plaintiff's injuries. **(1)** The United States Marshals Service is authorized to—**(A)** provide for the personal protection of Federal jurists, court officers, witnesses, and other threatened persons in the interests of justice where criminal intimidation impede on the functioning of the judicial process or any other official proceeding; **(D)** assist State, local, and other Federal law enforcement agencies, upon the request of such an agency.

Defendant USMS Russel Slope **28 U.S.C Code § 1346 (b) (1)** committed a violation wrong act or

1

2

omission to Plaintiff's complain about George Nichol's misconduct behavior and tampering with

victim, noise with Prison "excessive cruel inhumane torture" adverse action

3

4

Defendant USMS Russel Slope had legal obligation to provide security and assist with other

5

Federal law enforcement to investigate on Plaintiff's injuries and property damages.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## V.

## UNDER FEDERAL TORT CLAIM ACT

### 28 U.S.C Code § 1346 (b) (1)

### NEGLIGENCE

### *DAMAGES:*

1. Negligence laws allows recovery for physical pain and a victim may endured at time of the injury and in the recuperative process as well as any mental or emotional harm. FTCA Tort claim Medical Bills **(EXHIBITS F)** Plaintiff seeks monetary damages for personal injuries cause by Defendant (s) USMS Russel Slope committed negligence seducing and causing negligent infliction emotional distress. Plaintiff's daughters suffered pain and suffering mental anguished, nightmares, sharp pressures inside brain and shocks in body, dizziness, high blood pressure, tiresome, fear, teary, stress, despair, frustrated, tormented, upset, disappointed, acid reflex, induce high blood pressure, by aggravation during litigation. and worries of financial hardships. Plaintiff's daughters we're being subject control difficultness. high voltage shocks, and degrading treatment, painful poking needle in breasts and knee pains, whispering and talking all night till morning deprive you from proper sleep to raise mental anguished to poor health and control you to overeat to pantry, preventing to perform your daily duties by yelling, disorient you, inducing heart attack, electronic harassment, one voice program *human* **(RFID)**, feeding word by mouth, mind threats, memories of chips medical procedures and people pain and illness (tortures) loss consortium. Emergency Room admission, Phycologist and Psychiatrist Medical Records, **(EXHIBITS M)** for negligent emotional distress, Plaintiff prescribed abilfy from Psychiatrist and nerve pains. Mental abuse from intimidations and abuser. Plaintiff seeks monetary damages for "Certain Sum" of 10 Billions. for negligent infliction

emotional distress. Plaintiff seeks claim $4.9 Billion monetary damages and Medical Bills $5,000,
Lost Wages $5 Billion, Property Damages $9,000

II.

**SECOND CLAIM RELIEF**

**UNDER FEDERAL TORT CLAIM ACT**

**28 U.S.C Code § 1346 (b) (1)**

**NEGLIGENT EMOTIONAL INFLICTION DISTRESS**

**1.** Plaintiff Arnold purse a civil action against **28 U.S.C. 2671** Defendant

Supervisory Deputy USMS Russell Slope, "Federal agency" committed a **28 U.S.C. 1346 (b) (1)**

Personal injuries of negligent emotional infliction distress at Plaintiff's resident 5703 Cordonata

Way, Bakersfield, CA 93306 on April 22, 2021 10:00 am. Pursuant **28 U.S.C. 1346 (b) (1)** Defendant

(s)  USMS Russ Slope wrongful invasion of privacy and negligence of duty, FTCA **28 U.S.C. 1346**

**(b) (1)** Plaintiff was compromised and hinder due to Defendant (s) USMS Russell Slope ECPA,

invasion of privacy human **RFID (s),** in cars, house, cats caused post burden on daily duties to take

care of responsibility at home, bills, cats and all Politics parties and hearing criminal justice and

criminals and criminal defenders ease dropping Prisons and Courts designated to Plaintiff's house.

Therefore, Plaintiff stress and from identity theft, Plaintiff secured her sedimental documents were

tampered and copied. Plaintiff is emotional distress controlled. Plaintiff daughters suffered mental

anguished abuse from system. The elements of negligent infliction emotional distress;

> **The defendant owed the plaintiff a duty;**
> **The defendant negligently breached that duty; and.**

**The plaintiff suffered severe emotional distress as a result of the negligence.**

**2.** Plaintiff alleged against Defendant (s) USMS Russell Slope committed a

violation invasion of privacy of and Defendant Supervisory Deputy USMS owes to provide for

personal protection for other threaten persons in the interest of justice were criminal intimidation.

Therefore, stated on their **28 U.S. Code 566** –Powers and duties **(A)** instead, Plaintiff was being

tampered as victim and intimidated and cause a negligent emotional infliction distress.

**3.** Plaintiff alleged against Defendant (s) USMS Russell Slope wrongful act

cause breach of duty negligence therefore caused Plaintiff's and her family suffered loss, pain and

suffering, job loss. Plaintiff suffered mental anguished, yelling, defending, stress, one voice

program's identity theft voice, false accuser, provoking you to fight back, entice, feeding words in

mouths, mental abuse, tortures, pain chest, arm, legs, knees, head, brain, painful realistic nightmares,

hands pain last for weeks, pressures, feet pain. hospitalize emergency visit, medications,

seeking ER doctors, medical bills

**(EXHIBITS F)**

**"The plaintiff must allege that, "(1) the defendant negligently engaged in conduct, (2) it was
reasonably foreseeable that such conduct would cause the plaintiff severe emotional distress
(often referred to as 'mental anguish'), and (3) the conduct did in fact cause the plaintiff severe
emotional distress."**

Plaintiff's Kaiser Psychologist and Psychiatrist Record Declarations **(EXHIBITS M).** Plaintiff

seeked mental anguished and NIED at Kaiser Permanente 4900 California Ave, Bakersfield, CA

93309. ER Dignity Health medical records for leg paralysis in weeks and pain in hands.

Plaintiff was prescribed abilify for emotional distress and mental anguished, loss consortium.

Plaintiff has ADA disability deprive from sleeps, painful hands with metal brace inside, upset, instigator, creating drama to hostile environment voices command, body double and mind pains. sad for loss family pet, isolation, seducing worries. Plaintiff suffered soft tissues pains, internal, and tiresome, frustrated, disoriented, teary, despair, dizziness, high blood pressure, headaches, aggravation, yelling, shattering, mental abuse, The Defendant USMS Russell Slope engaged in negligent conduct or willful violation of statutory standard. Plaintiff suffered serious emotional distress. This cause Plaintiff's mental disability to worsen and ongoing harassment caused severe emotional distress. Plaintiff suffered severe loss consortium due mental abuse that she hears.  Loss the ability to seek a relationship, digital nightmare and misleading to overeat, rejected from feelings. Plaintiff urge to final conclusion to her civil case with heavy numerous merits. Plaintiff is haunted by Defendant (s) USMS wrongful conduct. Plaintiff suffered negligent emotional infliction distress. Plaintiff emotional distress to give up her two cats Henry and Bella. Plaintiff exhausted and worried for the cats, the loss of Plaintiff's dog Star. Plaintiff sadden for the loss and giving up her fury friends. Plaintiff witness Henry and Bella emotional distress from control and tortured. Plaintiff and her daughters were tortured and aggravated and mental abused, invaded.

4. Plaintiff alleged against Defendant (s) USMS Russell Slope cause great mental worries and problems financial burden. Plaintiff seek compensatory for loss consortium a personal injury for negligent emotional infliction distress.

5. Plaintiff seeks compensary monetary damages for personal injury of emotional distress, mental anguished, loss consortium, pain and suffering, pressure, excessive cruel inhumane torture, pain in knee, arm, hand, breasts, chest, inducing heart attack, pressure in heart, and electronic

harassment and double body and mind abuse of "certain sum" of 10 Billions for **28 U.S.C 1346 (b)**

**(1)** FTCA Claim. Medical records, Hospital bills, **(EXHIBITS F) (EXHIBITS M) (EXHIBITS B)**

# VII.

## THIRD CLAIM FOR RELIEF

## FEDERAL TORT CLAIM ACT

## 28 U.S.C. 1346 (b) (1)

1. Plaintiff Arnold, Pro Se Litigator for multi-district courts such as Northern District of California civil division San Fransico, Oakland and Eastern District Bakersfield. Plaintiff Marie Encar Arnold has civil action against **28 U.S.C. Code § 2671-2680** Defendant United States Marshals Service federal law enforcements and "Federal agency" judicial and legislative branches. Defendant (s) Supervisory Deputy United States Marshals Service Russell Slope and in their capacity scope of employment same building and department at Philip Burton Federal Building & United States Courthouse 450 Golden Gate Avenue #2005 San Fransico, CA 94102. Defendant (s) Supervisory Deputy USMS Russell Slope while engaged or duty of person acting on behalf of federal agency in an official incapacity of employment.

2. Plaintiff Arnold alleges against Defendant (s) Supervisory Deputy USMS Russell Slope committed a violation of wrongful act of negligence of duty. Defendant Supervisory Deputy USMS Russell Slope had an obligation to exercise reasonable care that exists. Defendant Supervisory Deputy USMS received a written letter of complaint for one of his USMS Court Security Officer George Nichols. Plaintiff complains about the noise of prisons aggravation and harassment coming Philip Burton Federal Building & United States Courthouse 450 Golden Gate Avenue #2005 San Fransico, CA 94102. Plaintiff and her family were admistered cruel inhumane tortures for no reasons. Defendant USMS misusing government operated wire, oral, communication, intercept electronic communication to intend to cause emotional distress.

1   3. Plaintiff Arnold alleges against Defendant (s) Supervisory Deputy USMS Russell Slope

2   committed a violation of breach of duty by not finalizing the police report or closure statement on his

3   duties as management. Defendant USMS breach the duty to render service of S95 form for

4   further investigation for USMS Internal Affairs instead ignored Plaintiff Arnold and let her be

5   compromise with negligent infliction emotional distress caused pain and suffering to ER visits to

6   Hospitals. Plaintiff prescribed by Medical provider to taking muscle relaxer medication called

7   "cyclobenzaprine" that doesn't work from cruel inhumane torture that last for weeks and "abilify" for

8   emotional distress and mental anguished.

9   

10      Defendant USMS Russell Slope failed to meet standard care **USMS 28 U.S.C. Code § 566 Power**

11   **and duties (a)** It is the primary role and mission of the United States Marshals Service to provide for

12   the security and to obey, execute, and enforce all orders of the United States District Courts. as

13   provided by law.

14   Defendant Supervisory Deputy Russell Slope breach his duty to provided personal protection

15   for Plaintiff that was intimidated by criminals. Defendant Supervisory Deputy USMS Russell Slope

16   **(D)** assist State, local, and other Federal law enforcement agencies, upon the request of such an

17   agencies such FTC, General Inspector, FBI, Department of Justice, Human Health Services

18   **(EXHIBITS A) (EXHIBITS E)** complaints.

19   

20   4. Plaintiff Arnold alleges against Defendant Supervisory Deputy USMS Russell is causation to

21   Plaintiff's personal injuries that lead her to emergency rooms. Plaintiff's property damages and loss

22   of wages, loss consortium due to negligence of Investigations to her complaints.

23   

24   5. Plaintiff Arnold alleges against Defendant Supervisory Deputy USMS Russell Slope has scope of

25   liability as Supervisory and Management to exercise reasonable care to provided Federal Witness

26   Protection Program and investigate her property damages and personal injuries such as medical

27   

28

bills, negligent infliction emotional distress.

6. Plaintiff Arnold alleges against Defendant Supervisory Deputy USMS Russell Slope caused damages to Plaintiff's physical pain and mental and emotional distress harm. Plaintiff seeks monetary damages for personal injuries.

7. Plaintiff Marie Encar Arnold alleges against 28 Defendant (s) Supervisory Deputy USMS Russell Slope committed a violation of wrongful act or omission on his duty incapacity scope. Defendant (s) Russel Slope disregard for the safety or lives of others. Defendant (s) Russell Slope has no conscious to other people's rights to safety." Plaintiff wrote a letter to United States of Marshals Services regarding USMS George Nichol's omission "noise" of harassment of Prison's electronic harassment, tampering with victim and people aggravating Plaintiff during her civil cases as Pro Se designated to Plaintiff's house 5703 Cordonata Way, Bakersfield, CA incident April 22,2021 at 10:00 am. Plaintiff complain letter of adverse action to be investigated was addressed to United States Marshals Service Philip Burton Federal Building & United States Courthouse 450 Golden Avenue San Fransico, CA. Defendant (s) USMS Russel Slope called Plaintiff's house phone and left message to call him back. Defendant (s) USMS Russel Slope responding to a letter of Plaintiff's written letter complaint.

Pursuant **28 U.S.C. Code § 2671-2680** Tort Claim Procedures. **28 U.S. Code § 2671**

"Federal agency" includes the executive departments, the judicial and legislative branches, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States.

"Employee of the government" Includes (1) officers or employees of any federal agency, members of the military or naval forces of the United States, members of the National Guard while

engaged in training or duty under section 115, 316, 502, 503, 504, or 505 of title 32, and persons

acting on behalf of a federal agency in an official capacity, temporarily or permanently in the service

of the United States, Defendant Supervisory Deputy Russell Slope as Federal agency and federal

~~agencies employee in his official of scope.~~ Pursuant FTCA claim **28 U.S.C. Code § 1346 (b) (1)**

for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or

omission of any employee of the Government while acting within the scope of his office or

employment, under circumstances where the United States, if a private person, would be liable to

the claimant in accordance with the law of the place where the act or omission occurred.

Plaintiff Arnold exhausted administration remedies of authenticated letters from Civil

Division of Tort Claims. Pursuant **28 C.F.R Part 14** Administration Claims under Federal Tort

Claim Act Plaintiff followed all instruction and adjudicated for her FTCA claim. Plaintiff has

asserted her sum certain amount of $10 Billion in her complaint.

**8. Exhausted Administration Remedies:**

Plaintiff pursuant **28 U.S.C Code § 2401 (b)** A tort claim against the United States s hall be

forever barred unless it is presented in writing to the appropriate Federal agency within two years

after such claim accrues or unless action is begun within six months after the date of mailing, by

certified or registered mail, of notice of final denial of the claim by the agency to which it was

presented. Plaintiff did not fail to exhaust administrative remedies to Department of Justice and US

Marshal Serivces. Plaintiff had **28 C.F.R 14.2 (a) & 14.4** in order to fully adjudicate your claim

within 30 Serivces. Medical documentation showing proof of injuries sustained, itemized your bills

or paid receipts for medical expenses incurred. Submit evidence to substantiate USMS negligence

given rise to this claim, email address, two estimate of repair or itemized pair receipt. Plaintiff had

collected medical records, medical bills, unclaimed property damages, documents that were

breached cause by USMS employee (s) negligence. Plaintiff's car damages, proof of evidences

property ownerships, death of Star her mom's and Plaintiff's dog 2019. Plaintiff did not fail to fully

adjudicate her compensary damages, property damage, medical bills, lost wages, demand settlement

letter, standard form SF 1145 "sum certain" of damages. **(EXHIBITS H)** Plaintiff followed the

FTCA list order and adjudicate her claims **(EXHIBIT J), (EXHIBIT F) (EXHIBIT B).**

 Plaintiff send a complaint on April, 22,2021 U.S Department of Justice 950 Pennsylvania Avenue,

NW Washington D.C. 20530-0001 S95 form USPS certified mailed **(EXHIBITS I)** Department of

Justice, Civil Division, Torts Branch, Federal Tort Claims Act Staff GKJ:HLSwann:hls 157-16-0

Post Office Box 888 Benjamin Franklin Station, Washington D.C. 20044 responded correspondence

dated June 20,2021, forwarding new correspondence to your office United States Marshals Service

by Hope L Swann, Paralegal Specialist, Civil Division, Tort Branch on August 2, 2021 **(EXHIBITS**

**E)** United States Marshals Service Headquarters, Washington, D.C 20530 office of General Counsel

on responded with correspondence on Re: Administrative Tort Claim OGC #52941 on June 17,2021

certain sum amount Tort $10 Billions, Instruct Plaintiff Marie Arnold to pursuant **28 C.F.R 14.2 (a)**

**& 14.4** in order to fully adjudicate your claim within 30 days. Medical documentation showing

proof of injuries sustained, itemized your bills or paid receipts for medical expenses incurred.

evidence to substantiate USMS negligence given rise to this claim, email address, two estimate of

repair or itemized pair receipt. By Lisa M Dickinson, General Counsel, Tort Claim Analyst

**(EXHIBITS F)** Plaintiff forward her claim with USPS tracking receipt with 2 set of USBS one

medical records followed up with USMS Headquarters Ms. Lisa M Dickinson phone message.

Plaintiff received final denial letter late more 6 months arrived in certified mail Dec. 13,2022

with a certified letter # 7012 0470 0000 5407 2274 signed by USMS Jennifer B. Bryan on behalf

of Lisa M. Dickinson. Plaintiff signed here certified mail respond back at USPS on Dec.20,2022

**(EXHIBITS E) (EXHIBITS F)** Plaintiff proof of evidences ownerships, death of star, medical

records, property damages BMW X1's new tires, missing spare, and emergency kit, cars force trade

BMW Z4, Cadillac Non- operative Mercedes 2010, Plaintiff to recover damages pursuant to

**42 U.S.C 1983**.

9. Pursuant **28 U.S.C Code § 2677** Plaintiff has sent a early settlement with USMS headquarter

Counsel Lisa M Dickinson in writing. Plaintiff complied with mitigate her personal injuries and loss

wages. Plaintiff is entitled for pursuant **28 U.S.C Code § 2676** judgment in action under section

1346 (b) of this title shall constitute a complete bar to any action by claimant by reason of the same

subject matter, against the employee of the government whose act omission gave rise to the claim.

Pursuant FTCA **28 U.S. Code § 2675 (a)** An action shall not be instituted upon a claim against the

United States for money damages for injury or loss of property or personal injury

or death caused by the negligent or wrongful act or omission of any employee of the have been

finally denied by the agency in writing and sent by certified or registered mail. The failure of an

agency to make final disposition of a claim within six months after it is filed shall, at the option of

the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.

Plaintiff compensary damages and lost wages, negligent emotional distress cause by Defendant

USMS Russ Slope and George Nichols.  Plaintiff asserted "sum certain" $10 Billions of damages

for FTCA. Plaintiff seeks claim $4.9 Billion monetary damages and Medical Bills $5,000,

Lost Wages $5 Billion, Property Damages $9,000 "Sum Certain" of damages amount of $10

Billions.

# IIII.

## FOURTH CLAIM FOR RELIEF

## UNDER FEDERAL TORT CLAIM ACT

## 28 U.S.C. Code § 1346 (b) (1)

## VIOLATION OF 49 CFR § 801.56 UNWARRANTED INVASION

## OF PERSONAL PRIVACY 5 U.S.C. CODE § 522 (b) (6) PUBLIC INFORMATION,

## AGENCY RULES, ORDERS, RECORDS

1.  Plaintiff Marie Encar Arnold is Pro Se litigator for multi-district civil division for Northern District of California. Plaintiff is victim to many federal case (s). Plaintiff is non-criminal to all her case(s). Plaintiff had reported complaint letters of aggravation and tortures to government branches, complains of abuse of power **49 CFR § 801.56** unwarranted invasion of personal privacy, **5 U.S. Code § 552 (b) (6)**, operate, owned electronic communication interception, wire, oral. **28 U.S. Code § 2671** Defendant Supervisory Deputy USMS Russell Slope committing wrongful act of abuse of power of being unethical and threatful to Plaintiff's family and friends by naming calling of numerous mental abuses, disorderly misconduct. Pursuant **28 U.S.C. Code § 1346 (b) (1)** under Federal Tort Claim Act liable owe to Plaintiff's personal injuries. Plaintiff Arnold was given correspondence letter from United States of Marshals Service Tort Civil Divisions by Lisa M Dickinson **(EXHIBITS E)**.

2.  Plaintiff Arnold alleged against **28 U.S.C Code § 2671** Defendant (s) Supervisory Deputy

USMS Russell Slope under **28 U.S.C. § 1346 (b) (1)** committed a wrongful act or omission violation

**49 CFR § 801.56** unwarranted invasion of personal privacy, **5 U.S. Code § 552 (b) (6)** public

information, agency rules, opinions, orders, record, and proceedings. Exemption **(b)(6)** permits the

government to withhold all information about individuals in "personnel and medical files and

similar files" when the disclosure of such information "would constitute a clearly unwarranted

invasion of personal privacy." Defendant (s) Russell Slope unwarranted invasion on

Plaintiff's resident 5703 Cordonata Way, Bakersfield, CA 93306 on April 22,2021. Defendant

Supervisory Deputy Russell Slope on medical procedures and medical documents of medical records

lab results.  at hospitals and clinics and her vital  *human* (**RFID**) bio implant to remotely spied, under

cover double body and mind on her drafting pleadings, civil cases Marie Arnold vs. MetLife,

Marie Arnold vs. Kaiser Arbitration, personal high-sensitive information's Pleadings with civil case

medical information's, medical record, MetLife Ins., stalked to remotely view Palo Alto Medical

Foundations.  unwarranted invasion of privacy. Medical Records, Pleadings (**EXHIBITS M**)

(**EXHIBITS F**). Defendant USMS Russell Slope did not comply with HIPPA.

>    **there was an unauthorized intrusion or prying into his seclusion;**
>    **the intrusion was highly offensive to or objectionable to a reasonable person;**
>    **the matter intruded upon was private; and.**
>    **the intrusion caused anguish and suffering.**

3.  Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant USMS Russell Slope **28**

**U.S.C. § 1346 (b) (1)** committed a wrongful act or omission **CFR § 801.56** and **5 U.S. Code § 552**

**(b) (6)** unauthorization intrusion seclusion to Plaintiff's medical records breached on July 7,2020

HCAB, HIV, blood counts etc. blood tests result on non-reactive as negative and medical office

procedures exams, medical history and medical office Palo Alto Medical Foundation on 301 old San

Fransico Rd, Sunnyvale, CA 94086. Defendant intrusion was violation offensive to Plaintiff's dignity and privacy. Defendant USMS Russell Slope is Federal Law Enforcement has legal knowledge to be reasonable person. This matter is very private and confidential and violated cites for HIPPA, compromise, breached, and spied by wire, oral, electric communication, cells device, bank card chips, car's GPS tracker, *human* **(RFID)** bio implant remotely viewing, under cover body-double listening eardrop stealing information's about your health. This cause Plaintiff pain and suffering and lost wages, loss constoruim, stress, disoriented and fear to be harm by people

who disfavor healthcare workers. Defendant Russell Slope unwarranted invasion of privacy. Plaintiff did not disclose and reported to Privacy Officers many times for demand privacies. Plaintiff has public disclosures of embarrassing private facts misdiagnosed from previous libel lawsuits. Defendant Russell Slope breached and delays out through wire, oral, electronic communication intercepts, images, dreams, to false light in public eye of U.S. Government system. Defendant Russell Slope were prying intrusion seclusion without permission to invasion one person privacies to retaliate for reporting to Privacy Officer Department of Human Health & Services. Plaintiff is non-criminal and victim former government preventing from equal employment. **(EXHIBITS B) (EXHIBITS M)**

4.  Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant Russ Slope **28 U.S.C. § 1346 (b) (1)** committed a wrongful act or omission **CFR § 801.56** and **5 U.S. Code § 552 (b) (6)** unauthorization intrusion seclusion on Plaintiff's medical internal family practice appointment and Laboratory Dept. blood draws July 7,2020 HCAB, HIV etc. At 2734 El Camino Real, Santa Clara, CA 95051and also El Camino Hospital Emergency Room for "excessive cruel inhumane torture and punishment," 2019, 2021 admitted ER. On April 22,2020. Defendant USMS Russell Slope committed violation of HIPPA LAW and negligence of malpractice of invasion of privacy.

there was an unauthorized intrusion or prying into his seclusion; the intrusion was highly

offensive to or objectionable to a reasonable person; the matter intruded upon was private;

and, the intrusion caused anguish and suffering. Plaintiff 's USPS job medical exams at Concentra

1800 Westwind Dr. Suite 301, Bakersfield, CA 93301 for Plaintiff's USPS medical

exams for urine test for employment and Stanford Medical Exams blood tests documents or oral

results for employment August 20,2020 at 8:00 at Stanford Hospital 300 Pasteur Drive, Stanford, CA

94305. Defendant (s) USMS Russ Slope utilize designation of wire, oral, electronic communication,

cell phones, bank cards, car's gps tracker, *human* **(RFID)** bio implant, remotely view and ease drop,

intercept. Defendant (s) USMS Russell Slope breached publicity that place to

person false light public of governments. Defendant (s) USMS Russell Slopes takes

photos, video recording, reviewing, without consent from Plaintiff. Plaintiff is harmed by Defendant

USMS Russell Slope negligent emotion infliction distress cause by post hardships control.

Kaiser Permanente Medical records **(EXHIBITS M)**


    5.  Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant USMS Russell Slope

**28 U.S.C. § 1346 (b) (1)** committed a wrongful act or omission **CFR §**

**801.56** and **5 U.S. Code § 552 (b) (6)** unauthorization intrusion seclusion Plaintiff's dentist record

and dentist appointment on August 12,2020 at Dentist Image, 1801 26th Bakersfield, CA 93301.

Defendant (s) USMS George Nichols mirror facing, wire, oral, intercept or endeavor, *human*

**(RFID)** bio implant, under cover body double and mind, cell phone, texts, car gps tracker. Plaintiff

was in pain and suffering of her teeth. Defendant (s) USMS Russell Slope cause threatens dramatic

scene to Plaintiff's dentist appointment. Plaintiff dentist records were exposed to publicity U.S.

Government System, Plaintiff did not disclose. Plaintiff was embarrassed about crowned. Dentist

overly reshaped crown with control and ruin it and demand to repeat procedures. Dentist did not

attached permanent crown. Plaintiff with deeply stress out decline his procedures. Plaintiff suffered

negligent emotional infliction distress.

7. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant Russell Slope **28 U.S.C. §**

**1346 (b) (1)** committed a wrongful act or omission **CFR § 801.56** and **5 U.S. Code § 552 (b) (6)**

unauthorization intrusion seclusion Plaintiff's resident 5703 Cordonata Way, Bakersfield, CA 93306

on April 22,2021 10:00 Plaintiff's civil litigations cases, pleadings, documents with highly sensitive

information's Arnold vs. Marie Arnold vs. MetLife, Marie Arnold vs. Kaiser Arbitration **(EXHIBITS**

**F)** Defendant (s) Russell Slope misuse the wire, oral, intercept, body double and mind, *human*

**(RFID)** remotely viewing, electronic communication, devices, landline, cell phones, emails,

cyberhacked, hiring private eye, photographs, unlawful recording, copying, writing, video recording

etc, faxes, mail, spying for criminal defense, public defenders even high profile. Defendant (s)

USMS Russell Slope breached to oral public disclosures to hinder, delay, intimidations,

court proceedings, disfavor Pro Se, victim, non-criminal. Plaintiff exposed by oral, wire,

intercept, electronic communication to false light in public eye and Intelligence U.S. Government.

Plaintiff was being intentionally disrupted by undercover body –double mind, yelling, screaming,

defending, feeding words in mouth, blood pressure, pain, disoriented, one voice program and body

mind program. Plaintiff utilizing Pro Se Federal Program as Pro Se litigation. Defendant USMS

Russ Slope invasion of privacy to take control designated all criminal defense

to Plaintiff's mind to hinder, cause mistakes, missing hearing, disoriented mental anguished.

Defendant (s) USMS Russell Slope unjust to delay Plaintiff as Pro Se to

represent herself. Plaintiff was administered "excessive cruel inhumane torture and punishment,"

for not causing any crime nor sentences for anything. Plaintiff and family suffered harmed negligent

emotional infliction distress, loss consortium, mental anguished, severed mental illness that affected

Plaintiff physical health. Plaintiff suffered infliction emotional cried, tears, unjust disrupted into her

civil cases and stress many broken things were being controlled to post hardships bank account.


8. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant USMS Russ Slope **28 U.S.C. §**

**1346 (b) (1)** committed a wrongful act or omission **CFR § 801.56** and **5 U.S. Code § 552 (b) (6)**

unauthorization intrusion seclusion to Plaintiff's properties 5703 Cordonata Way, Bakersfield, CA

93306, 10367 Perfect Parsley Las Vegas, NV 89183 by oral,

wire, electronic communication, intercept or endeavor, controlled under cover body- double and

mind, voice command to property damages missing things and scratched swimming pools, infested

with bugs, monitored to loot properties, garaged doors, intrusion seclusion, unauthorization

keyholders, no consent, not aware, picking locks, lock smith unauthorization to duplicate keys.

**(EXHIBITS F)** Intentionally, monitored Plaintiff's cell phone, car GPS tracker, bank cards chips,

*human* **(RFID)** implant. Plaintiff's vehicle's Mercedes C300 key and scratched during Court

hearing, BMW x1 spare tires, BMW x1 missing key, BMW emergency kit, nail tire. Defendant (s)

USMS George Nichols and Russ Slope invasion of privacy with other assist to investigate State and

local Federal Agency, watch monitored surveillance federal agency. Plaintiff was intimidated during

civil cases, voices to delay message "moves," unlawful intimidation to victims and witness,

informant. Plaintiff mental anguished, nervous to get her car repair because oral, wire, intercept,

electronic communication voice command to damages the car because former government. Plaintiff

has kids' passenger. Defendant (s) USMS Russell Slope can hear with others.

9. Plaintiff Arnold alleged against **28 U.S.C. Code § 2671** Defendant (s) Russell Slope **28 U.S.C. § 1346 (b) (1)** committed a wrongful act or omission **CFR § 801.56** and **5 U.S. Code § 552 (b) (6)** unauthorization intrusion seclusion Plaintiff's personal relationships ex- bf's was unlawful reviewed at home in their bedrooms. Defendant (s) USMS  Russell Slope breached wire, oral, intercept, video recording, sounds, images, photograph, emails, texting, transferring images to Intelligences with narrator, dreams and nightmare, nudity photos images in Intelligences. Defendant Russ Slope unlawful disclosure of embarrassment and humiliations to Plaintiff and her ex- bf

private parts nudity to public eye of U.S. Government Intelligences. Plaintiff and her ex- bf exposed and invaded of privacy publicity that places a person in false light in public eye. Plaintiff was breached by unethical Prisons government employees chatter, motor mouths, giddy, uneducated unethical, annoying, and aggravator.

Plaintiff seeks compensary monetary damages for personal injury of emotional distress, mental anguished, loss consortium, pain and suffering, pressure, excessive cruel inhumane torture, pain in knee, arm, hand, breasts, chest, inducing heart attack, pressure in heart, spinal injury and electronic harassment and double body and mind abuse of "certain sum" of 10 Billions for **28 U.S.C 1346 (b) (1)** FTCA Claim.

1

**V.**

2

3

**FIFTH CLAIM OF RELIEF**

4

PLAINTIFF TO REQUEST EQUITABLE TOLLING EXTEND "ESTOPPED TOLL"

5

STATUE LIMITATION UNDER STATE OF CALIFORNIA CCP CODE  352 (a) MENTAL

6

OR PROTECT UNDER AMERICAN DISABILITY ACT ADA.

7

DISABILITY ACT OF1990, 42 U.S.C. § 12101

8

9

10

11    1.  Plaintiff Arnold assert State of California CCP Code 352 **(a)** a person entitled to bring

12    action, mental disability or mental illness. Plaintiff has mental disability protected under

13    American Disability Act. Plaintiff has pleaded her case in federal court. Plaintiff to "estopped

14    toll" Statue Limitation on federal case against USMS. Plaintiff is receiving her SSI as proof

15    of evidences. **(EXHIBITS F)**. Plaintiff case is not bared from statue limitation yet. Just in case.

16

17    2. Plaintiff to assert Medical Professional with diagnoses with her mental disability of

18    "hearing voices" and her PTSD living across Prison 0.7 miles 2017. Plaintiff and her daughters

19    suffered great PSTD. Plaintiff has continue seeking therapy from MD. **(EXHIBITS F)**

20

21    3. Plaintiff to assert in complaint the ADA defines disability as "a physical or mental

22    impairment that substantially limits one or more of the major life activities of such individual; a

23    record of such an impairment; or being regarded as having such an impairment." (***Irwin v. Veterans***

24    ***Administration*, 498 U.S. 89 (1990)** Plaintiff is Pro Se untimely filed his **28 U.S.C. FTCA 1346**

25

26    **(b)** Federal courts have typically extended equitable relief only sparingly in suits against

27    private litigants, allowing tolling where the claimant.

28

No Demand jury trial

### **REQUEST OF RELIEF**

Plaintiff seeks claim $4.9 Billion monetary damages and Medical Bills $5,000, Lost

Wages $5 Billion, Property Damages $9,000

"Sum Certain" of damages amount of $10 Billions

Any further relief which the court may deem appropriate. Plaintiff seeks protection for the U.S.

Government or demand job position Federal Protective Services.

To victims of cruel inhumane torture & Federal wiretapping & abolish criminal mind,

abolish "abuse of power" Electronic Communication Privacy Act, separate my mind from the mental

abuser, secure *human* (**RFID**) and Assets Protective Order & abolished vote from 2008-2022

Dated: Jan 7,2023

Marie Encar Arnold, Plaintiff
Pro Se

# EXHIBITS A

**M** Gmail

Marie Encar Arnold <secure911mycom@gmail.com>

---

**Re: Criminal Justice**

---

**Senator Alex Padilla** <Senator_Padilla@padilla.senate.gov>
To: secure911mycom@gmail.com

20 September 2022 at 07:10

---

**ALEX PADILLA**
CALIFORNIA

(202) 224-3553
PADILLA.SENATE.GOV

### United States Senate
WASHINGTON, DC 20510

COMMITTEES:
BUDGET
ENVIRONMENT AND PUBLIC WORKS
HOMELAND SECURITY AND
GOVERNMENTAL AFFAIRS
JUDICIARY
RULES AND ADMINISTRATION

Dear Ms. Arnold,

Thank you for contacting me. I appreciate hearing from you, and please know that I have made careful note of your letter.

As your Senator, I am committed to working hard and doing all I can to help California and our nation recover from the COVID-19 pandemic and build a better future for all.

It is always helpful to hear from Californians like you, and I will be sure to keep your thoughts in mind as I work with my colleagues in the United States Senate.

Once again, thank you for writing. Should you have any other questions or comments, please call my Washington, D.C. office at (202) 224-3553 or visit my website at padilla.senate.gov. You can also follow me on Facebook, and Twitter, and you can sign up for my email newsletter at padilla.senate.gov/newsletter.

Sincerely,

Alex Padilla
United States Senator



An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT of JUSTICE
## FEDERAL TORT CLAIMS ACT LITIGATION SECTION

The Torts Branch's Federal Tort Claims Act Litigation Section (FTCA Section) defends the United States in a wide range of complex, and often controversial, suits filed under the Federal Tort Claims Act. Enacted on August 2, 1946, the Federal Tort Claims Act provides a limited waiver of the United States' immunity from suit, allowing claims for damages

> for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred

28 U.S.C. § 1346(b).

Today, litigation under the Act covers a variety of torts. Suits often arise from medical care or treatment, regulatory activities, law enforcement, and maintenance of federal lands.  The FTCA Section has handled the defense in litigation related to Hurricane Katrina, which seeks billions of dollars in damages for losses caused by flooding. The FTCA Section also has handled sensitive law enforcement cases involving informants, and it has defended the United States in suits brought by individuals who were detained on immigration charges following the September 11, 2001 terrorist attacks.

The Federal Tort Claims Act Litigation Section serves as the principal point of contact for both other Department of Justice (DOJ) components, such as the United States Attorneys Offices, and other federal agencies on a number of legal issues arising under the FTCA. The section assists in litigation development and settlement strategy, and it has particular expertise in the evaluation and settlement of catastrophic injury cases. The FTCA Section's Director has authority to act on settlements by federal agencies of up to $1,000,000. For settlements in excess of that amount, the Director makes recommendations to higher-level DOJ officials. The section has prepared model settlement documents that protect the interests of the United States and is expert in the use of structured settlements.

In addition, the FTCA Section makes appeal recommendations on all adverse judgments entered in FTCA cases. It also provides comments on FTCA-related Congressional legislation that may have an impact on taxpayer liability. Further, the FTCA Section is responsible for administrative adjustment of tort claims filed as a result of DOJ employee conduct nationwide. The FTCA Section also determines the appropriate agency to adjust administrative claims that have been filed with DOJ.

*Updated October 20, 2014*

---

Thank you for your input.
Contact the Webmaster to submit comments.

Dec. 27, 2022

From: Marie Arnold Federal Tort Claim # 52941
        5703 Cordonata Way, Bakersfield, CA 93306

To: Department of Justice Civil Division, Tort Branch, Federal Tort Claims Act Staff,
Post Office Box 888, Benjamin Franklin Station, Washington, D.C. 20044
United States Marshals Serivces Headquarter, Office General Counsel Building CG-3, 15
Floor Washington, D.C. 20530-0001

Dear Department of Justice Hope L. Swann, USMS Office General Counsel Lisa
Dickinson, U.S. Attorney General,

Good afternoon, USMS Office General Counsel Lisa Dickinson, in respond to your

correspondence on my USMS Tort Claim that I have received on June 17, 2021. That I was to

adjudicate my claims for compensatory, lost wages, property damages and personal injury. The

negligence cause by your USMS employee(s) in capacity scope of breaching, invasion privacy

of highly personal information's. I have submitted evidences to USMS headquarters, medical

bills, the name of USMS employee (s), ownership, and picture of property damages. In good

faith, I would be willing to mitigate a settlement amount $3 Million. For inconvenience that arises

during litigations. I hoping to hear from you. Please call me 661-748-1289 or 702-802-9451.

I have attached standard form 1145. Best regards, Marie Arnold, Pro Se litigator of multi-

District Court.

Respectfully,

Marie Arnold, Pro Se

Standard Form 1145 (EG)
(Revised 1/92)
Department of the Treasury
1 TFM 4-2000

**VOUCHER FOR PAYMENT
UNDER FEDERAL TORT CLAIMS ACT**

*Voucher No.* _____

*Schedule No.* _____

*Claim No.* _____

*U.S.* _____

(Department, bureau, or establishment)

*Voucher prepared at* _____

(Give place and date)

**The United States, Dr.,**

*To* _____

(Payee(s))

*Address* _____

|  |
|---|
| **PAID BY** |
|  |

Amount claimed, $ _____        Date claim accrued _____, 20 _____

Amount of award, compromise, or settlement - _____ $ _____
BRIEF DESCRIPTION OF CLAIM (See attachments for further explanation in detail.)

## ACCEPTANCE BY CLAIMANT(S)

I, (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), on my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen and bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the claim for which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose act or omission gave rise to the claim by reason of the same subject matter, including any future claim for the wrongful death of me (us). I (We) further agree to reimburse, indemnify, and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the same subject matter.

Date _____, 20 _____

SIGN
ORIGINAL
ONLY

_____
(Claimant)

_____
(Claimant)

| This claim has been fully examined in accordance with the provisions of the Federal Tort Claims Act (28 U.S.C. 2673), and is approved in the | Pursuant to the authority vested in me, I certify that this voucher is correct and proper for payment in the |
|---|---|
| amount of $ _____ | amount of $ _____ |
| _____<br>(Head of Federal agency, or authorized designee) | _____<br>(Authorized certifying officer) |
| Date _____, 20 _____ | Date _____, 20 _____ |
| SIGN ORIGINAL ONLY | SIGN ORIGINAL ONLY |
| Title _____ | Title _____ |

## ACCOUNTING CLASSIFICATION

Paid by Check No. _____



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7018 1130 0000 9540 1527

| | |
|---|---|
| Certified Mail Fee | $3.95 |
| $ $4.00 | 0165 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $____ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 |
| Postage | $9.90 |
| $ | 12/26/2018 |
| Total Postage and Fees | $17.15 |
| $ | |

Sent To  *Case M. Dickinson/Office Gen.*

Street and Apt. No., or PO Box No. *USA CG-3 14 th Fl Closet*

City, State, ZIP+4® *Washington DC 20530-001*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**Return Receipt**
Tracking #:
9590 9402 7849 2234 5792 68
$3.25

Tracking #:
70181130000095401527

**(Forever) Tulips    1    $0.60    $0.60**

**Total    $17.15    $17.15**

**Grand Total:    $17.75**

Credit Card Remit    $17.75
Card Name: VISA
Account #: XXXXXXXXXXXX4652
Approval #: 120032
Transaction #: 026
AID: A0000000980840    Chip
AL: US DEBIT
PIN: Not Required

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

 

**California**    Overview (/ca/)    Legislators (/ca/legislators/)    **Bills**    [Search bills and legislators...]    [Search]



# SB 2

| | Introduced in Senate | Passed Senate | Passed Assembly | Became Law |
|---|---|---|---|---|
| | Dec 07, 2020 | May 26, 2021 | Sep 03, 2021 | Sep 30, 2021 |

California Senate Bill  •  2021-2022 Regular Session

## Peace officers: certification: civil rights.

> View Latest Bill Text (https://leginfo.legislature.ca.gov/faces/billPdf.xhtml?bill_id=202120220SB2&version=20210SB291CHP)

> Sign In to Follow (/accounts/signup/?next=/ca/bills/20212022/SB2/)

**BILL SUBJECTS**

Peace Officers: Certification: Civil Rights.

**ABSTRACT**

(1) Under existing law, the Tom Bane Civil Rights Act, if a person or persons, whether or not acting under color of law, interferes or attempts to interfere, by threats, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state, the Attorney General, or any district attorney or city attorney, is authorized to bring a civil action for injunctive and other appropriate equitable relief in the name of the people of the State of California, in order to protect the exercise or enjoyment of the right or rights secured. Existing law also authorizes an action brought by the Attorney General, or any district attorney or city attorney, to seek a civil penalty of $25,000. Existing law also allows an individual whose exercise or enjoyment of rights has been interfered with to prosecute a civil action for damages on their own behalf.

The bill would eliminate certain immunity provisions for peace officers and custodial officers, or public entities employing peace officers or custodial officers sued under the act.

(2) Existing laws defines persons who are peace officers and the entities authorized to appoint them. Existing law requires certain minimum training requirements for peace officers including the completion of a basic training course, as specified. Existing law prescribes certain minimum standards for a person to be appointed as a peace officer, including moral character and physical and mental condition, and certain disqualifying factors for a person to be employed as a peace officer, including a felony conviction.

This bill would prohibit a person who has been convicted of a felony, as specified, from regaining eligibility for peace officer employment based upon any later order of the court setting aside, vacating, withdrawing, expunging or otherwise dismissing or reversing the conviction, unless the court finds the person to be factually innocent of the crime for which they were convicted at the time of entry of the order. The bill would disqualify a person from being employed as a peace officer if that person has been convicted of, or has been adjudicated in an administrative, military, or civil judicial process as having committed, a violation of certain specified crimes against public justice, including the falsification of records, bribery, or perjury. The bill would also disqualify any person who has been certified as a peace officer by the Commission on Peace Officer Standards and Training and has surrendered that certification or had that certification revoked by the commission, or has been denied certification. The bill would disqualify any person previously employed in law enforcement in any state or United States territory or by the federal government, whose name is listed in the national decertification index, or any other database designated by the federal government, or who engaged in serious misconduct that would have resulted in their certification being revoked in this state. The bill would require a law enforcement agency employing certain peace officers to employ only individuals with a current, valid certification or pending certification.

(3) Existing law establishes the Commission on Peace Officer Standards and Training to set minimum standards for the recruitment and training of peace officers and to develop training courses and curriculum. Existing law authorizes the commission to establish a professional certificate program that awards basic, intermediate, advanced, supervisory, management, and executive certificates on the basis of a combination of training, education, experience, and other prerequisites, for the purpose of fostering the professionalization, education, and experience necessary to adequately accomplish the general police service duties performed by peace officers. Existing law authorizes the commission to cancel a certificate that was awarded in error or obtained through misrepresentation or fraud, but otherwise prohibits the commission from canceling a certificate that has properly been issued.





**Senate Bill No. 586**

CHAPTER 429

An act to amend Section 13510.8 of the Penal Code, relating to public employment.

[Approved by Governor September 30, 2021. Filed with
Secretary of State September 30, 2021.]

LEGISLATIVE COUNSEL'S DIGEST

SB 586, Bradford. Peace officers: certification.

Proposed law, as proposed to be added by Senate Bill 2 of the 2021-22 Regular Session, authorizes the Commission on Peace Officer Standards and Training to revoke a certified peace officer's certification under specified circumstances, and states that an action by a law enforcement agency or decision resulting from an appeal of an agency's action does not preclude action by the commission to investigate, suspend, or revoke a peace officer's certification.

This bill would, if Senate Bill 2 of the 2021-22 Regular Session becomes operative, additionally state that whether a particular factual or legal determination in a prior appeal proceeding has preclusive effect in proceedings of the commission would be governed by the existing law of collateral estoppel.

*The people of the State of California do enact as follows:*

SECTION 1.   Section 13510.8 of the Penal Code, as proposed to be added by Senate Bill 2 of the 2021-22 Regular Session, is amended to read:

13510.8.  (a) (1)  A certified peace officer shall have their certification revoked if the person is or has become ineligible to hold office as a peace officer pursuant to Section 1029 of the Government Code.

(2)  A peace officer may have their certification suspended or revoked if the person has been terminated for cause from employment as a peace officer for, or has, while employed as a peace officer, otherwise engaged in, any serious misconduct as described in subdivision (b).

(b)  By January 1, 2023, the commission shall adopt by regulation a definition of "serious misconduct" that shall serve as the criteria to be considered for ineligibility for, or revocation of, certification. This definition shall include all of the following:

(1)  Dishonesty relating to the reporting, investigation, or prosecution of a crime, or relating to the reporting of, or investigation of misconduct by, a peace officer or custodial officer, including, but not limited to, false statements, intentionally filing false reports, tampering with, falsifying,

94

destroying, or concealing evidence, perjury, and tampering with data recorded by a body-worn camera or other recording device for purposes of concealing misconduct.

(2)  Abuse of power, including, but not limited to, intimidating witnesses, knowingly obtaining a false confession, and knowingly making a false arrest.

(3)  Physical abuse, including, but not limited to, the excessive or unreasonable use of force.

(4)  Sexual assault, as described in subdivision (b) of Section 832.7.

(5)  Demonstrating bias on the basis of race, national origin, religion, gender identity or expression, housing status, sexual orientation, mental or physical disability, or other protected status in violation of law or department policy or inconsistent with a peace officer's obligation to carry out their duties in a fair and unbiased manner. This paragraph does not limit an employee's rights under the First Amendment to the United States Constitution.

(6)  Acts that violate the law and are sufficiently egregious or repeated as to be inconsistent with a peace officer's obligation to uphold the law or respect the rights of members of the public, as determined by the commission.

(7)  Participation in a law enforcement gang. For the purpose of this paragraph, a "law enforcement gang" means a group of peace officers within a law enforcement agency who may identify themselves by a name and may be associated with an identifying symbol, including, but not limited to, matching tattoos, and who engage in a pattern of on-duty behavior that intentionally violates the law or fundamental principles of professional policing, including, but not limited to, excluding, harassing, or discriminating against any individual based on a protected category under federal or state antidiscrimination laws, engaging in or promoting conduct that violates the rights of other employees or members of the public, violating agency policy, the persistent practice of unlawful detention or use of excessive force in circumstances where it is known to be unjustified, falsifying police reports, fabricating or destroying evidence, targeting persons for enforcement based solely on protected characteristics of those persons, theft, unauthorized use of alcohol or drugs on duty, unlawful or unauthorized protection of other members from disciplinary actions, and retaliation against other officers who threaten or interfere with the activities of the group.

(8)  Failure to cooperate with an investigation into potential police misconduct, including an investigation conducted pursuant to this chapter. For purposes of this paragraph, the lawful exercise of rights granted under the United States Constitution, the California Constitution, or any other law shall not be considered a failure to cooperate.

(9)  Failure to intercede when present and observing another officer using force that is clearly beyond that which is necessary, as determined by an objectively reasonable officer under the circumstances, taking into account the possibility that other officers may have additional information regarding the threat posed by a subject.

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
90 7th Street, #5-300 (W)
San Francisco, CA 94103-6706



**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OFFICE OF PROGRAM OPERATIONS**
**AND LOCAL ENGAGEMENT**

**INNOVATION & FINANCIAL MANAGEMENT GROUP**

Marie Encar Arnold
5703 Cordonata Way
Bakersfield, CA 93306

Swift:  070720214046
MTN: 660782

July 20, 2021

Dear Ms. Arnold:

I am responding to your letter addressed to Department of Health and Human Services about your complaints against employees of US Marshall located in San Francisco, CA.

Our office is the Center of Medicare and Medicaid Services in San Francisco, California; our clients are mostly people 65 and older or disabled. We regret that we are not able to assist you with your issues, we suggest that you forward your complaints against the US Marshall employees to the Office of Civil Rights in the California office.

Please call their customer response center.

Michael Leoz, Regional Manager
Office for Civil Rights
U.S. Department of Health and Human Services
90 7th Street, Suite 4-100
San Francisco, CA 94103
Customer Response Center: (800) 368-1019
Fax: (202) 619-3818
TDD: (800) 537-7697
Email: ocrmail@hhs.gov

We wish you the best that you will be able to address your issues to the appropriate agency and we hope that this information is helpful.

Sincerely yours,

Lolita Jacobe
SF SEA Division of Innovation and Financial Management Group

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
90 - 7th Street, Suite 5-300
San Francisco, CA 94103-6706

Official Business

# EXHIBITS B

# SentryLink

# NATIONAL CRIMINAL AND OFFENSE REPORT

| | |
|---|---|
| **Applicant name** | MARIE A ARNOLD |
| **Date of birth** | 1 |
| **Social security number (SSN)** | |
| **Jurisdictions searched** | All, including sex offender registries |

**Report dated:** 04/16/2020
**Order ID:** 3398169

Notice to employers operating in California: California law requires the following notices when obtaining a pre-employment screening report. This report is only provided on the condition that an employer subject to California law agrees to abide by these conditions. Furthermore, by requesting a screening report, an employer certifies compliance with California Civil Code Section 1786.16.

1. The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.

2. The recipient of this report shall give a copy of this report to the subject of the report.

3. Failure to provide a copy of the report as required by law may expose you to liability as specified in Section 1786.50. Section 1786.50 provides for fines and damages in the event a consumer is harmed by an employer not complying with this section. Section 1786.16 refers to certain requirements already in existence, such as obtaining releases.

No criminal or sex offender records found for this individual.



# DIRECT
## screening

| | |
|---|---|
| **Search Date:** | 04/28/2020 |
| **First Name:** | Marie Encar |
| **Middle Name:** | A |
| **Last Name:** | Arnold |
| **Date of Birth:** | 10/11/1977 |
| **Reason:** | Employment - CA |
| **Search Type:** | National |

No criminal records were found that match the Subject's Search Details.

Information contained in the report is collected from public records as listed in the data coverage area of our website. Users should not assume that the information reflected is a current, complete or accurate criminal record history of the individual. Users should closely review each record returned as individuals, especially those with a common name, may return criminal records belonging to other people with the same name and date of birth. Information returned that is generated as a result of identity theft may be inaccurately associated with the individual who is the subject of the report.

Direct Screening assumes no liability for any claims for damages arising from the use of this data beyond the actual cost of the searches performed. Please reference the directscreening.com Terms and Conditions for additional restrictions regarding the usage of this data.

Important Notice for all Employers: If you expect to take adverse action as a result of information contained in this report, including but not limited to failure to hire, you must provide the person you searched with a copy of this report along with our contact information and a summary of their rights under the Fair Credit Reporting Act.

Important notice for Employers operating in California:

California law requires the following notices when obtaining a pre-employment screening report. This report is only provided on the condition that an employer subject to California law agrees to abide by these conditions. Furthermore, by requesting a screening report, an employer certifies compliance with California Civil Code Section 1786.16.

1. The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.
2. The recipient of this report shall give a copy of this report to the subject of the report.

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
P.O. Box 903417
SACRAMENTO, CA 94203-4170

March 07, 2016

MARIE ENCAR ARNOLD DANTES
1201 SYCAMORE TER APT 102
SUNNYVALE, CA 94086

RE:    California Criminal History Information

Dear Applicant:

This is in response to your inquiry concerning the existence of a California criminal history record within the files of the Department of Justice's Bureau of Criminal Information and Analysis. As of the date of this letter, a search of your fingerprints did not identify with any criminal history record maintained by this Bureau as provided by the ̶ ̶ ̶ ̶ ̶ ̶ia Penal Code Sections 11120-11127.

Pursuant to California Penal Code section 11121, the purpose of a record r̶ ̶ ̶ ̶ ̶ ̶ ̶; to afford an individual with a copy of their record and to refute any erroneous or ina̶ ̶ ̶ information contained therein. The intent is not to be used for licensing, certification̶ employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Sincerely,

*Cindy Santos*

Record Review Unit
Applicant Information and Certification Program
Bureau of Criminal Information and Analysis

For   KAMALA D. HARRIS
**Attorney General**

BCIA 8708 (Rev. 06/10)

Case 1:23-cv-00266-ADA-CDB     Document 1     Filed 02/22/23     Page 66 of 142

12th Street NW   11th Street NW   10th Street NW   9th Street NW   8th Street NW   7th Street NW

E Street

D Street

**M** Federal Triangle
*(orange and blue lines)*

ENTER

**FBI Headquarters**
**935 Pennsylvania Ave. NW**
**Washington, D.C. 20535**

Pennsylvania Ave. NW

**M** Archives
*(yellow and green lines)*

### TIPS FOR VISITING THE FBI EXPERIENCE

- All visitors please enter through the FBI Headquarters Visitor Center, located at 935 Pennsylvania Ave. NW between 9th and 10th St NW

- As parking is limited close to FBI Headquarters, Visitors are encouraged to use public transportation-Archives, Metro Center, and Federal Triangle Metrorail stops are the most convenient

- Visitors should arrive 25 - 30 minutes prior to the scheduled visit

- Upon entry, please take advantage of the FBI RA Store (gift shop)

# On the Day of Your Visit

### HOURS OF OPERATION

Monday-Friday | 9:00 AM to 4:30 PM

Tour Times: 9:00 AM, 10:30 AM, 12:00 PM, 1:30 PM, 2:30 PM

Closed Saturdays & Sundays
Closed for federal holidays

### ITEMS TO BRING

#### IDENTIFICATION

All guests MUST be U.S. citizens or valid green card holders. Visitors 16 years of age or older will be required to present valid, government-issued photo identification such as a United States driver's license, military ID, or passport. **All submitted information (e.g. name, date of birth, city, etc.) MUST EXACTLY MATCH the government-issued photo ID presented upon arrival at FBI Headquarters.** No other forms of identification will be accepted. Photocopies, expired IDs, other transmission of these documents, and IDs not fulfilling the Real ID requirements are NOT valid forms of identification granting access to Federal buildings.

#### PERMITTED ITEMS

Wallets, cell phones, car keys, and umbrellas are permitted, as are small bags/purses.

All items required for medical purposes will be permitted (e.g. wheelchairs, electric scooters, glucose tablets, EpiPens, etc.).

### PROHIBITED ITEMS

The following items are strictly prohibited:

- Backpacks, briefcases, luggage, computer and camera bags
- Point-and-shoot cameras, SLR cameras, video recorders
- Strollers
- Food or beverages of any kind
- Tobacco products, aerosol containers
- Guns, ammunition, fireworks, electric stun guns, mace, martial arts weapons/devices, knives, and any pointed objects

### STORAGE

No storage facilities are available at FBI Headquarters. Individuals who arrive with prohibited items will not be permitted to enter.

### CELL PHONES

Cell phones MUST be set to **Airplane Mode** upon entering FBI Headquarters.



Photography is permitted **only in designated areas** of the exhibit space. No photography will be allowed in the Visitor Center. Video recording is **PROHIBITED** while in FBI Headquarters space. Violators will be escorted out of the building.

### THINGS TO NOTE

#### ARRIVAL

Visitors are to arrive **25- 30** minutes prior to scheduled visit. A FBI employee will greet and escort visitors from the Visitors Center to The FBI Experience at the designated time.

#### LENGTH OF VISIT

The FBI Experience tour is self-guided and is designed to last approximately 60 to 90 minutes.

#### QUESTIONS DURING VISIT

Visitors Services Representatives will be posted throughout The FBI Experience to provide historical information and answer questions.

#### CLOSURE AND DELAYS

In the event of a government closure or delay due to inclement weather, The FBI Experience will remain closed, and visits on those days will be cancelled. Please monitor www.OPM.gov/status for information regarding closures and delays.



**THE FBI EXPERIENCE**

**Attention:** The FBI Experience includes visual references to firearms, terrorism, and violent crimes, including those that resulted in injury or death. Please use discretion when planning your visit, as these may be upsetting to young children.





*Los Angeles Passport Agency*
*44132 Mercure Circle*
*PO Box 1087*
*Sterling, Virginia 20166-1087*

June 7, 2019

Lilianna Aida Arnold Dantes
10367 Perfect Parsley St
Las Vegas, NV

RE: 5

Tha... on. However, additional information is needed to process your request.
The C... ...tion 51.28 provides that U.S. passport applications for children under
the age ... ...r legal guardians.

The statemen... ...lication is insufficient for the following reason(s):

♦ It wa... ...to the acceptance of the application.

To assist with processin... ...quested information **within ninety (90) days of
the date shown on this le...** ...is insufficient to establish your entitlement to a
U.S. passport, your applicatio... ...dence will be returned. By law, the passport
execution and application fees ...

If you have any questions please co... ...nter: 1-877-487-2778 (TTY/TDD: 1-888-874-7793)

**For general passport information or to c...** ...tion, please visit us on-line at
**travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTE...** ...NFORMATION TO
**THE ADDRESS LISTED ABOVE INCLUDING T...**

Sincerely,

Customer Service Department

700-03A SL/TL

Enclosure(s):
DS-3053, Statement of Consent



United States Department of State

*Los Angeles Passport Agency*
*44132 Mercure Circle*
*PO Box 1987*
*Sterling, Virginia 20166-1987*

June 5, 2019

Jasmiyn Mea Arnold Dantes
10367 Perfect Parsley St
Las _____ 89183

_____ation. However, additional information is needed to process your request. _____ ection 51.28 provides that U.S. passport applications for children under
the _____ or legal guardians.

The state_____ _____ication is insufficient for the following reason(s):

- It _____ _____ the acceptance of the application.

To assist with process_____ _____uested information **within ninety (90) days of**
**the date shown on this** _____ insufficient to establish your entitlement to a
U.S. passport, your applicat_____ _____nce will be returned. By law, the passport
execution and application fees _____

If you have any questions please con_____ _____ 1-877-487-2778 (TTY/TDD: 1-
888-874-7793)

**For general passport information or to che_____** _____ please visit us on-line at
travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, A_____ _____MATION TO**
**THE ADDRESS LISTED ABOVE INCLUDING THE** _____

Sincerely,

Customer Service Department

700-03A SL/TL

Enclosure(s):
DS-3053, Statement of Consent

**U.S. Department of State**
**Los Angeles Passport Agency**
44132 Mercure Cir
PO Box 1087
Sterling, VA 20166-1087

Official Business
Penalty for Private Use, $300

RE: 50404504

Lilianna Aida Arnold Dantes
10367 Perfect Parsley St
Las Vegas, NV 89183

**NEW YORK LIFE**

*The Company You Keep®*

New York Life Insurance Company
P.O. Box 130539
Dallas, TX 75313-0539
1-800-695-1314
www.newyorklife.com

April 4, 2019

**Agent/Representative:**
Diana Wong
(408) 421-6598

MARIE ARNOLD
10367 PERFECT PARSLEY ST
LAS VEGAS NV 89183-4291

Insured(s):  Jasmyn Mea Arnold Dantes, William Treyvon Jackson, Lilianna Aida Arnold Dantes

Policy(s):

Dear

he enclosed check for $300.00 to be applied as a premium payment.
rned this legal copy of the check to us because of payment stopped.

e amount of $300.00.  For your convenience, enclosed is a pre-
ttance notice.  It is important to make sure that we receive your
payn                        receive payment by this date your policy may lapse.

If you have                        New York Life agent.  If you prefer, you may contact a
customer serv                        er listed above.

Please know how m                        u for making New York Life *"The Company
You Keep®"*.

Sincerely,

Alyssa B. Mahloch
Customer Service Representative

Enc.

cc:    Diana Wong    S06

**For policy information and online service, please visit us at -----> www.newyorkl.........vsc**

**New York Life Insurance Company**
PO Box 130539
Dallas TX 75313-0539
1-800-695-1314

June 23, 2021

Policy Number
**Whole Life In**
Insured:         **William Treyvon Jackson**

Open immediately, billing information enclosed

**Here are your payment options.**
☐ Pay online at newyorklife.com
✉ Send us your payment to the address below

000992 3100824 000 01 001

**MARIE ARNOLD**
5703 CORDONATA
BAKERSFIELD C          79

# A frie                    out your payment.

We value you as a                     that we have not yet received your payment. Please
pay the total amoun                    our coverage. If you have already sent us your
payment, thank you - a

| | |
|---|---|
| Premium due on June 8, 2021 | $106.51 |
| Interest due on policy loan of $7 | $6.36 |
| **Pay by August 8, 2021** | **$112.87** |



AAL1

-------------------------------------------------------------------------------------

Pay online at newyorklife.com or return this fo
Please make your check payable to New York Life Insurance Company a

AAL1

Insured:      **William Treyvon Jackson**

**Policy: 24**

Enter the total a

Amount due

Pay by: **August 8, 202**

NEW YORK LIFE INSURANCE COMPANY
PO BOX 139051
DALLAS TX 75313-9051

| Total Amount Remitted | $ | . |
|---|---|---|

5243176718060821301  0001065100006360000000  0000112870000000000

**New York Life Insurance Company**
P.O. Box 139061
Dallas, TX 75313-9051

*Be good at life.*

PLEASE BE SURE THAT OUR
MAILING ADDRESS SHOWS THROUGH
THIS WINDOW.

The Post Office
will not deliver
mail without a
stamp

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
NEW YORK LIFE

**FIRST-CLASS**
PERSONAL & CONFIDENTIAL

**MetLife**

**Metropolitan Life Insurance Company**
700 Quacker Lane 2nd Floor
Warwick, RI 02886

**Marie Arnold**
10367 Perfect Parsley Street
Las Vegas, NV  89183

November 25, 2019

Re: RUS-8226426
Group Policy Number: ~~████████~~
Employer:  Kaiser Permanente
Coverage:  Group Life
Issuing Company:  Metropolitan Life Insurance Company case #1911001774
NAIC:  65978
Situs State: CA
MetLife Group Policy Number:                         ured

Dear Ms. Arnold:

This is in response to                         fornia Department of Insurance dated November 8, 2019.

You had coverage under a                         ied by Metropolitan Life Insurance Company while you were employed by Kaiser                         s first effective 1/1/1999.  Your coverage began when you were hired on or arou                         overage was terminated on or around May 2, 2012, when your employment wit                         r Permanente sent a Notice of Conversion Rights to you on or around May 1,                         ing litigation against MetLife in the Central District of California, *Arnold v. MetLi*                         *nc., et. al, No. 19-03920*, you opted not to convert your group policy.  Instead, yo                         al policy.

We also understand that you believe you w                         onal information, however, as we've previously explained, we have not idei                         would have impacted you.  The template "Notice of Data Breach" letter you atta                         complaint was made available on a public California website, in connection with                         that impacted some California residents. MetLife provided notice of this                         and as a result, the notification letter template was posted online at a pul                         t impacted by that incident. and we did not send you this letter template (t.                         omplaint was not addressed to you). No MetLife policy of yours was impac                         incident.

Please send any subsequent correspondence regarding this

Brenda Kology, Compliance Consulta
Corporate Customer Relations
700 Quaker Lane
2nd Floor
Warwick RI  02886
Fax:  855-817-6516
Electronic Submissions:  ccrcomplaints@metlife

Sincerely,
Tanya J Price
Sr. Client Service Consultant II
National Accounts West Customer Unit

Cc: Department of Insurance, State of California

**MetLife**

Marie Arnold
10367 Perfect Parsley St.
Las Vegas, NV 89183

rforming arterial punctures,
nctures away from the posted laboratory,
Certified Phlebotomy Technician shall
fication card issued by the
attesting the person's name, certificate
tes of certification.

n reverse

California Department of Public Health

PublicHealth

Notice of Certification
Void if Defaced or Altered

MARIE ENCAR ARNO...

has successfu...
PH4 ...

cate ...
rtification at
gov/certification at
0-380...
programs/ls



# ePassport®

Test Scheduling Document

Scan this b...



---

## Instructions for MARIEEncar ARNOLD

This order must be completed within the following timeframe:

**4/3/2020 1:23 PM (PT) and 4/22/2020 5:00 PM (PT)**

Note: **Completion time displayed does not mean that the service provider is open until the time shown.**

Please proceed to the following location:

Concentra Medical Center - Walnut Creek
1981 N Broadway
Ste 190
Walnut Creek, CA 94596
Phone:  925-932-7715        Fax:    925...

Note: **Please visit the service provider to confirm operational hours.**

Additional Notes:  APPLICANT: Please be...
sufficient qty of urine and up to 3 hrs to co...
that have to be sent to lab must be sent v...

photo ID,
...cuments with

...a parent or legal
...equired in order for
...erformed. Verify with
...vider before arriving.

...vice Provider

Providers with eScreen...                  ...Screen123. Use eScreen Scheduled Event Account.

Bill services to eScreen, Inc...              **Regulation:**  NON-DOT
Overland Park, KS 66223...               **Reason for Test:**  Pre-employment
                                                          **Services(1):**  1. eCup

**Account:**     103366-1
                     USPS-Bay-Valley/ Pre-employment
**Account Type:**   National Account

**Participant ID:**





© 2019 Abbott. All rights reserved. All trademarks referenced are trademarks of either the Abbott group of companies or their respective owners.



UNITED STATES
POSTAL SERVICE

Candidate Profile    Job Opportunities

My Profile    Change User Name    Delete Registration

## *My Profile*

Hide Roadmap

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 9 |
|---|---|---|---|---|---|---|---|---|
| Personal Data | Work Experience | Education/Training | General Eligibility | Veterans' Preference | Attachments | As | | Completed |

Previous step    Next Page

### Assessments

Candidate ID: 17291071

Below is a list of the assessments you have taken. The table below will indicate the date the assessment w
Please select the link in the table to view the details of the assessment taken. When you select the link

| Assessment | Date Taken | Duration End Date | Re-test Eligibility Date | Score |
|---|---|---|---|---|
| 474 | 03/27/2020 | 03/27/2022 | 03/27/2022 | 95.00 |

### Assessment 474

This screen shows your assessment results. The jobs listed here are jobs that require
assessment does not necessarily mean that you are eligible for the job(s) listed. The
that must be met in order to be eligible for the job(s).

| Job | Assessment Result |
|---|---|
| VIRTUAL ENTRY ASSESSMENT – MC (474) | Eligible |

Previous step    Next Page


**UNITED STATES**
**POSTAL SERVICE.**

June 11, 2020

Dear Ms. Marie Arnold,

This email serves as a follow-up to the conditional offer you received for the position of
RURAL CARR ASSOC/SRV REG RTE  -  WOODLAND HILLS CA NC10423031 NB
10445245

The next step is accepting or declining the conditional job offer.  Please read all the
information on this page, and when you are ready, click on the link at the bottom of the
page to access the system and accept or decline the position.

**Ready to accept this position?** The link below will be active for **3** calendar days from
receipt of this email. The sooner you accept the conditional job offer, complete our
employment forms, and schedule an appointment to submit your fingerprints, the
sooner we can arrange your employment date.  For many of our bargaining- nit
positions, the employment date helps determine the rank order of employees, affecting
future employment opportunities.

Upon acceptance of the conditional job offer, you will be guided through an online
process to begin the post-offer requirements.  The online process could take up to 30
minutes during which you will review your contact information, provide your emergency
contact, race, ethnicity, disability, and tax information, and complete a medical
questionnaire.

Please note that your employment is conditioned upon the successful completion of all
post-offer requirements.  For some employees, these requirements may not be
completed until after your employment start date.  Failure to successfully pass all
requirements, including the background investigation, will result in the withdrawal of this
conditional job offer or, if you have already begun your appointment, the termination of
employment.

**No longer interested?** Please let us know by clicking on the link below and declining the
job offer.  If we do not hear from you within  **3**  calendar days, we will consider this
conditional job offer declined on your behalf.

**Click the link below to accept or decline this offer.** You will need to login using your
logon and password created for your candidate profile. If you have forgotten your
password, you will be able to reset it using the "Forgot Password Link".

Please click here >> Welcome To USPS

Thank you,

HR Shared Services Center
U.S. Postal Service

THIS IS AN AUTOMATIC SYSTEM GENERATED EMAIL  PLEASE DO NOT

 **UNITED STATES
POSTAL SERVICE.**

January 23, 2021

Dear Ms. Marie Arnold,

This is a reminder of the conditional job offer you received for

TEMPORARY CARRIER ASSISTANT  - SANTA CLARITA CA NC10524020 NB
10550678.

We'd like to hear from you regarding your continued interest in the position.  Please
use the link below to accept or decline the offer.

Link:  Welcome To USPS.


Thank you,

HR Shared Services Center
U.S. Postal Service Human Resources




THIS IS AN AUTOMATIC SYSTEM GENERATED EMAIL.  PLEASE DO NOT
RESPOND TO THIS MESSAGE.

# LIBERTY UNIVERSITY

Dear Marie,

Welcome to the Helms School of Government at Liberty University! You have been accepted into the Bachelor of Science: Law and Policy: Pre-Law online program for the 2019-2020 academic year.

Your decision to go back to school is perhaps the wisest choice of your professional career. O staff are committed to helping you reach your personal and future goals. To start strong. your Degree Completion Plan and suggested course sequence guide by visiting LUO

As a student in the Helms School of Government, you will notice the differenc immediately. Not only are we preparing men and women to be skilled profe governance - including politics and policy, criminal justice, law, nationa international relations - but we are also dedicated to our students' spi

Our faculty and staff are experts in their fields and will give yo Additionally, our emphasis on integrating a biblical worldv                                    xand out among their peers for the perspective they bring to a

Welcome to the Liberty family! We look forward                                        career.

Sincerely,

Ronald E. Mill

**Ronald Miller**

**Interim De**

**Helm**

Case 1:23-cv-00266-ADA-CDB    Document 1    Filed 02/22/23    Page 81 of 142

Student Dashboard      myBlackboard      Libraries      Resources      My Profile 

## My Grades

e Survey - DIM has been made available to this course. Only
ccepted per respondent.

LUO has been made available to this course. Only
ner respondent.

My

| All    Grad | Order by: | Course Order | ⬍ |

| ITEM | GRADE |
|------|-------|
| **Total** <br> View Description   Grading Criteria | **649.15079** <br> /1,010 |
| **Course Requirements Checklist** <br> DUE: JUL 1, 2020 <br> Test | **10.00** <br> /10 |
| **1.3 Native American and West African Societies before Contact** <br> DUE: JUL 6, 2020 <br> Assignment | A <br> GRA |
| **1.4 Technology and European Exploration** <br> DUE: JUL 6, 2020 <br> Assignment | Jul 6, 2020 1:19 <br> GRADED |
| **2.2 The Columbian Exchange** <br> DUE: JUL 6, 2020 <br> Assignment | Jul 6, 2020 1:34 AM <br> GRADED |
| **2.5 European Motivations and Early Advances into the New World** <br> DUE: JUL 6, 2020 <br> Assignment | Jul 6, 2020 1:56 AM <br> GRADED <br> **8.88879** <br> /10 |
| **2.6 European Colonization: Missions, Labor, and an End to Spanish Dominance in the New World** | Jul 6, 2020 2:17 AM <br> GRADED <br> **5.00** |

# Harvard

# VERIFIED
CERTIFICATE of ACHIEVEMENT

This is to certify that

## Marie Encar Arnold

successfully completed and received a passing grade in

## HKS101A_1: American Government: Constitutional Foundations

a course of study offered by HarvardX, an online learning initiative of Harvard University.

Thomas E. Patterson



SOUTHWEST AIRLINES

ARNOLD/MARIE
MARIE ARNOLD
FLIGHT 808
MAY 18, 2020          GATE 21
CONFIRMATION NUMBER: URTMN3

FROM TO   FLT    TIME      FB BOARDING
OAK  HNL  808   11:00AM T   10:20AM

BOARDING PASS

BOARDING GROUP
**B**

BOARDING POSITION
**1**

**B** **1**

WNE10A5C  URTMN3

SOUTHWEST AIRLINES
OPEN SEATING

ARNOLD/MARIE
CONF URTMN3
MAY 18, 2020
808 OAKLAND INT.
TO -HONOLULU DANIEL K INO

2069728710
FR

# EXHIBITS C



UNITED STATES POSTAL INSPECTION SERVICE

## CRIMINAL INVESTIGATIONS SERVICE CENTER

03/22/2021

MARIEENCAR ARANA ARNOLD
5703 CORDONATA WAY
BAKERFIELD CA 93306

Ref: C|ETM|013|S0|C1977311

Dear Postal Customer:

Thank you for the information you provided this office regarding:

A review of this matter indicates that your complaint would be best handled by:

USPS CONSUMER & INDUSTRY CONTACT PACIFIC AREA
SIERRA COASTAL:  910-916, 930-935
28201 FRANKLIN PKWY
SANTA CLARITA CA 91383-9606

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate.  Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

S SCHAUMBURG IL 604

23 APR 2021 PM 2 L

93306E7478 R070

UNITED STATES POSTAL INSPECTION SERVICE
CRIMINAL INVESTIGATIONS SERVICE CENTER
433 W. HARRISON STREET, ROOM 3255
CHICAGO, IL 60699-3255

UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

April 17, 2020

Marie Arnold

5703 Cordonata Way

Bakersfield, CA 95306

RE: FTC Ref. No. 117795846

Dear Marie Arnold:

Thank you for contacting the Federal Trade Commission (FTC).

The FTC has been directed by Congress to act in the interest of all consumers to prevent fraudulent, deceptive, and unfair business practices in the marketplace. Contacts from consumers and businesses are very important to our work as they are often the first indication of a problem in the marketplace, and may provide the initial evidence to begin an investigation.

While the FTC is not able to intervene in individual disputes, the information you have provided has been recorded in our secure online database which is used by thousands of civil and criminal law enforcement authorities worldwide. This database enables law enforcement agencies to identify questionable business practices that may lead to investigations and prosecutions. In addition, our attorneys and investigators regularly review the complaint database to look for law enforcement targets, evaluate the need for consumer education, and make policy recommendations. Your letter has been added to our database for that purpose.

As a consumer, you have additional alternatives for corrective action. This includes directly contacting the company in dispute; filing a complaint with your State Attorney General's Office Consumer Protection Division, and obtaining legal assistance.

Thank you for providing information that may be used to develop or support the FTC's enforcement initiatives. You can find free educational materials on a variety of consumer topics, press releases, and other important information on our website at www.ftc.gov.

Sincerely,

Consumer Response Center

FTC/Consumer Resp Dist Ctr
Fulfillment Department
PO Box 97
Canby, IN 46113-9998

Marie Arnold
5703 Cordonata Way
Bakersfield, CA 95306

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

May. 13, 2021

Marie Arnold
5703 Cordonata Way
Bakersfield, CA 93506

Dear Ms. Arnold,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

**U.S. Department of Justice**

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

Marie Arnold
5703 Cardenosa Way
Bakersfield, CA 93506

93506-747903

# EXHIBITS D



# USPS Tracking®

FAQs >

Remove X

## Track Another Package +

**Tracking Number:** 9510815631461285531181

Your item has been delivered and is available at a PO Box at 12:57 pm on October 15, 2021 in WASHINGTON, DC 20044.

USPS Tracking Plus™ Available ∨

## ⊘ Delivered, PO Box

October 15, 2021 at 12:57 pm
WASHINGTON, DC 20044

Get Updates ∨

Text & Email Updates   >

Proof of Delivery   >

Tracking History   >

Feedback

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

Feedback

**Tracking Number:** 9510815631461285531204

Your item was delivered at 4:48 am on October 29, 2021 in WASHINGTON, DC 20530 to JUSTICE 20530. The item was signed for by E ANDERSON.

USPS Tracking Plus™ Available ∨

⊘ **Delivered**

October 29, 2021 at 4:48 am
WASHINGTON, DC 20530

Get Updates ∨

**Text & Email Updates**    >

**Proof of Delivery**    >

Proof of Delivery

USMS – DOJ
(sent to)

UNITED STATES POSTAL SERVICE

STOCKDALE
5501 STOCKDALE HWY
BAKERSFIELD, CA 93309-2572
(800)275-8777
02:16 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® | 1 | | $4.45 |
| Large Envelope | | | |
| Washington, DC 20044 | | | |
| Weight: 0 lb 1.60 oz | | | |
| Grand Total: | | | $4.45 |
| Debit Card Remitted | | | $4.45 |

Card Name: VISA
Account #: XXXXXXXXXXXX6202
Approval #: 111660
Transaction #: 194
Receipt #: 031591
Debit Card Purchase: $4.45
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Tracking Number: 9510815631467285531181

UNITED STATES POSTAL SERVICE

STOCKDALE
5501 STOCKDALE HWY
BAKERSFIELD, CA 93309-2572
(800)275-8777
10/12/2021 10:19 AM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Priority Mail® 2-Day | 1 | | $8.70 |
| Flat Rate Env | | | |
| Washington, DC 20044 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Fri 10/15/2021 | | | |
| Tracking #: | | | |
| 9510 8156 3146 1285 5311 81 | | | |
| Insurance | | | $0.00 |
| Up to $50.00 included | | | |
| Signature Confirm | | | $3.45 |
| Total | | | $12.15 |
| Priority Mail® 2-Day | 1 | | $8.70 |
| Flat Rate Env | | | |
| Washington, DC 20530 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Fri 10/15/2021 | | | |
| Tracking #: | | | |
| 9510 8156 3146 1285 5312 04 | | | |
| Insurance | | | $0.00 |
| Up to $50.00 included | | | |
| Signature Confirm | | | $3.45 |
| Total | | | $12.15 |
| Grand Total: | | | $24.30 |
| Debit Card Remitted | | | $24.30 |

Card Name: VISA
Account #: XXXXXXXXXXXX6202
Approval #: 181399
Transaction #: 013
Receipt #: 035477
Debit Card Purchase: $24.30
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Marie Arnold<br>5703 Cordonata Way<br>Bakerfield,CA 93306 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 10/11/1977 | D | 1/25/21 | 4/22/21 | 10:00 Pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

U.S. Marshalls Services in 450 Golden Ave, San Fransisco,CA 94102. 18 U.S. Code 1512 committing tampering with victims (b) (A) (c) (1) U.S. Marsahall cyberhacking personal information ssn, etc, bank account, tapering with Plaintiff's case court. Electronic Harassment abuse of power cruel inhumane torture degrading and punishment. Stalking, arrivating Plaintiffs and victims. The manger Siope keeps arrivating the Plaintiff and tampering her case. Along with his co workers.  Undercover OPs

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional distress to induce heart attack, mental anguished, pain and suffering, false acusation,

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 10 Billions | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Marie Arnold* | 661-748-1289 | April 22,2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

WASHINGTON, DC 20530

| | | |
|---|---|---|
| | $3.60 | |
| Certified Mail Fee | $2.85 | |
| Return Receipt (hardcopy) | $0.00 | |
| Return Receipt (electronic) | $0.00 | |
| Certified Mail Restricted Delivery | $0.00 | |
| Adult Signature Required | $0.00 | |
| Postage | $0.55 | |
| Total Postage and Fees | $7.00 | 04/23/2021 |

7020 0090 0000 8047 4490

Department of Justice
950 Pennsylvania Ave
Washington, DC 20530

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

9590 9402 5959 0062 0285 93

2. Article Number (Transfer from service label)
7020 0090 0000 8047 4490

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 03 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBITS E



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*Washington, DC 20530-0001*

June 17, 2021

VIA USPS MAIL:

Marie Arnold
5703 Cordonata Way
Bakerfield, California 93306

   **Re: Administrative Tort Claim OGC #52941**

Dear Ms. Arnold:

   This letter acknowledges the above-referenced administrative tort claim under the Federal Tort Claims Act (FTCA) received by the United States Marshals Service (USMS) on June 16, 2021, in the amount of "10 Billions." Your claim was referred to this office from Department of Justice. You claim that on April 22, 2021, U.S. Marshals allegedly "cyber hacked your personal information, tampered with plaintiffs case court, abused power, tortured you, and caused emotional distress to induce heart attack."

   The applicable provisions of the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671, et seq., provide for the payment of claims that arise from the negligent or wrongful acts or omissions of an employee of the Federal Government while acting within the scope of his or her employment. The FTCA affords the Government six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action [28 U.S.C. § 2675(a)].

   Pursuant to 28 C.F.R. §§14.2(a) & 14.4, in order to fully adjudicate your claim, please submit within the next thirty (30) days the following additional evidence and/or information:

- Medical documentation showing proof of injuries sustained.
- Itemized bills or paid receipts for medical expenses incurred.
- Evidence to substantiate USMS negligence given rise to this claim.
- Email address.
- Two estimates of repair or itemized pair receipt (only if claiming for damages).

   Please send all future inquiries and any change of address or future correspondence concerning this matter to USMSTORTClaims@usdoj.gov or:

(For United States Postal Service)
USMS Tort Team
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Washington, DC 20530-0001

*(For FedEx or UPS)*
USMS Tort Team
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Landover Operations Center
3601 Pennsy Drive
Landover, MD 20785

Sincerely,

**Lisa M. Dickinson**
General Counsel

*Benjamin Klemmick*
Tort Claim Analyst

NOVA 220

17 JUN 2021 PM 3 L

$0.510
US POSTAGE
FIRST-CLASS

**U.S. Department of Justice**
*United States Marshals Service Headquarters*
*Washington. DC 20530-0001*

Official Business
Penalty for Private Use $300

Marie Arnold
5703 Cordonata Way
Bakerfield, California 93306



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*Washington, DC 20530-0001*

**DEC 13 2022**

**CERTIFIED MAIL #**     7012 0470 0000 5407 2274

Marie Arnold
5703 Cordonata Way
Bakersfield, California 93306

**Re: Administrative Tort Claim OGC #52941**

Dear Ms. Arnold:

This responds to the above-referenced administrative tort claim received by the United States Marshals Service (USMS) on June 16, 2021, in the amount of $10,000,000,000.00. Your claim was referred to this office from Department of Justice. You claim that on April 22, 2021, U.S. Marshals allegedly cyber hacked your personal information, tampered with your case court, abused power, tortured you, and caused emotional distress to induce heart attack. You specifically identify George Nichols and Russell Slope as USMS employees allegedly causing your claims.

The applicable provisions of the Federal Tort Claims Act [28 U.S.C. §§ 1346(b), 2401(b), 2671, <u>et seq.</u>] provide for the payment of claims which arise from the negligent or wrongful act or omission of an employee of the Federal Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

Our review of the circumstances and the applicable law revealed no negligence by any USMS employee. Specifically, we have no record of either a George Nichols or a Russell Slope being employees of the USMS.

Accordingly, your administrative tort claim against the United States in the amount of $10,000,000,000.00 is denied. If you are dissatisfied with our determination, suit may be filed in the appropriate U.S. District Court no later than six months after the date of the mailing of this denial. <u>See</u> 28 U.S.C. § 2401(b).

Sincerely,

**Lisa M. Dickinson**
General Counsel

**CERTIFIED MAIL**

7012 0470 0000 5407 2274

**U.S. Department of Justice**
*United States Marshals Service Headquarters*
*Washington, DC 20530-0001*
CSC CG3 15" Floor
Official Business
Penalty for Private Use $300

$7.820
US POSTAGE
FIRST-CLASS
062S0011396640
FROM 20735

S92633.033

Marie Arnold
5703 Cordonata Way
Bakersfield, California 93306

93306-747803



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

Washington, DC 20530-0001

DEC 1 3 2022

**CERTIFIED MAIL #**    ~~7012 0470 0000 5407 2274~~

Marie Arnold
5703 Cordonata Way
Bakersfield, California 93306

7021 0350 0000 5667 0138

Re: Administrative Tort Claim OGC #52941

Dear Ms. Arnold:

This responds to the above-referenced administrative tort claim received by the United States Marshals Service (USMS) on June 16, 2021, in the amount of $10,000,000,000.00. Your claim was referred to this office from Department of Justice. You claim that on April 22, 2021, U.S. Marshals allegedly cyber hacked your personal information, tampered with your case court, abused power, tortured you, and caused emotional distress to induce heart attack. You specifically identify George Nichols and Russell Slope as USMS employees allegedly causing your claims.

The applicable provisions of the Federal Tort Claims Act [28 U.S.C. §§ 1346(b), 2401(b), 2671, et seq.] provide for the payment of claims which arise from the negligent or wrongful act or omission of an employee of the Federal Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

Our review of the circumstances and the applicable law revealed no negligence by any USMS employee. Specifically, we have no record of either a George Nichols or a Russell Slope being employees of the USMS.

Accordingly, your administrative tort claim against the United States in the amount of $10,000,000,000.00 is denied. If you are dissatisfied with our determination, suit may be filed in the appropriate U.S. District Court no later than six months after the date of the mailing of this denial. See 28 U.S.C. § 2401(b).

Sincerely,

Lisa M. Dickinson
General Counsel

**U.S. Department of Justice**
*United States Marshals Service Headquarters*
*Washington, DC 20530-0001*
CG3C C63 15th Floor

Official Business
Penalty for Private Use $300



CERTIFIED MAIL

7021 0350 0000 5667 0138

$7.820
US POSTAGE
FIRST-CLASS
062S0011396640
FROM 20785

S91424.128

93306-747903

Marie Arnold
5703 Cordonata Way
Bakersfield, California 93306





**ENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

529411

Marie Arnold
5703 Cordonata Way
Bakersfield, California 93306

9590 9402 6527 0346 3197 14

Article Number *(Transfer from service label)*

012 0470 0000 5407 2274

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Marie Ehen Arnold

C. Date of Delivery 12/20/2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

[redacted]

USPS TRACKING #

9590 9402 6527 0346 3197 14

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service HQ
Office of General Counsel Torts Team
Building CG-3 15th floor
Washington D.C. 20530-0001

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

---

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

GKJ:HLSwann:hls
157-16-0

November 9, 2021

Ms. Lisa Dickinson
U.S. Marshals Service Headquarters
Office of General Counsel
Building CG-3, 15th Floor
Washington, D.C. 20530-0001

    Re: <u>New information re: Administrative Tort Claim for Marie Encar Arnold</u>

Dear Ms. Dickinson:

    · This concerns the correspondence dated October 21, 2021, regarding the administrative tort claim of Ms. Marie Encar Arnold. The Department of Justice received this correspondence on November 2, 2021. This office received it on November 4, 2021. As it appears that the related claim is being handled by the U.S. Marshals Service, I am forwarding this new correspondence to your office. If you have any questions, please feel free to contact me.

    Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

Enclosure

cc:   Ms. Marie Encar Arnold
      5703 Cordonata Way
      Bakersfield, CA  93306-7479

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

US POSTAGE $000.53

Ms. Marie Encar Arnold
5703 Cordonata Way
Bakersfield, CA  93306-7479

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

GKJ:HLSwann:hls
157-16-0

November 2, 2021

Ms. Marie Encar Arnold
5703 Cordonata Way
Bakersfield, CA   93306

Re:   Administrative Tort Claims of Marie Encar Arnold

Dear Ms. Arnold:

This is in response to your two administrative tort claims dated October 9, 2021, which you submitted to the Department of Justice (Department).   The Department received the claims on October 18, 2021.   This office received them on October 19, 2021.

Because your claims concern an alleged tort involving the U.S. Marshals Service (USMS), I am forwarding them to that agency.   All further communication on this matter should be directed to the USMS at the address listed below.

Very truly yours,

*Hope L. Swann*

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

cc:   Ms. Lisa Dickinson
U.S. Marshals Service Headquarters
Office of General Counsel
Building CG-3, 15th Floor
Washington, D.C.  20530-0001

Case 4:21-cv-09756-DMR    Document 1-2    Filed 12/1//21    Page 12 of 52

U.S. Department of Justice

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

UNITED
WE
STAND

US POSTAGE $000.53

Ms. Marie Encar Arnold
5703 Cordonata Way
Bakersfield, CA 93306

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

---

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

GKJ:HLSwann:hls
157-16-0

August 2, 2021

Ms. Lisa Dickinson
U.S. Marshals Service Headquarters
Office of General Counsel
Building CG-3, 15th Floor
Washington, D.C. 20530-0001

     Re:  <u>New information re: Administrative Tort Claim for Marie Encar Arnold</u>

Dear Ms. Dickinson:

     This concerns the correspondence dated June 20, 2021, regarding the administrative tort claim of Ms. Marie Encar Arnold. The Department of Justice received this correspondence on June 25, 2021. As it appears that the related claim is being handled by the U.S. Marshals Service, I am forwarding this new correspondence to your office. If you have any questions, please feel free to contact me.

               Very truly yours,

               *Hope L. Swann*

               HOPE L. SWANN
               Paralegal Specialist
               Civil Division, Torts Branch

Enclosure

cc:   Ms. Marie Encar Arnold
       5703 Cordonata Way
       Bakerfield, CA 93306

**U.S. Department of Justice**

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

US POSTAGE $000.51

Ms. Marie Encar Arnold
5703 Cordonata Way
Bakerfield, CA  93306

93306$7479 R070

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

---

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C.  20044*

GKJ:HLSwann:hls
157-16-0

June 2, 2021

Ms. Marie Arnold
5703 Cordonata Way
Bakerfield, CA   93306

     Re:  <u>Administrative Tort Claim of Marie Arnold</u>

Dear Ms. Arnold:

    This is in response to your administrative tort claim dated April 22, 2021, which you submitted to the Department of Justice (Department).   The Department received the claim on May 3, 2021.

    Because your claim concerns an alleged tort involving the U.S. Marshals Service (USMS), I am forwarding the claim to that agency.   All further communication on this matter should be directed to the USMS at the address listed below.

             Very truly yours,

             *Hope L. Swann*

             HOPE L. SWANN
             Paralegal Specialist
             Civil Division, Torts Branch

cc:    Ms. Lisa Dickinson
       U.S. Marshals Service Headquarters
       Office of General Counsel
       Building CG-3, 15th Floor
       Washington, D.C.  20530-0001







UNITED
WE
STAND

Ms. Marie Arnold
5703 Cordonata Way
Bakerfield. CA  93306

U.S. Department of Justice

*Washington. D.C. 20530*

Official Business
Penalty for Private Use $300



☰  Gmail

🔍  USMSTORTClaims@usdoj.gov          ✕  ⚙

Compose

Inbox            1,544

Starred

Snoozed

Sent

Drafts              9

More

Labels

# hello!

**Marie Encar Arnold** <secure911mycom@gmail.com>
to USMSTORTClaims

Dear Tort Claim,

    I have sent evidence of property and damages just recently did you get it. I feel that USPS could be compromised?  I hope not.

                              Marie Arnold, California

**One attachment** • Scanned by Gmail

USPS.com® 5- US..

Reply          Forward

≡  M Gmail                    🔍  USMSTORTClaims@usdoj.gov                          ✕  ⊞

Compose

Inbox            1,544        **Automatic reply: [EXTERNAL] Hello there!**   Inbox ×
Starred
Snoozed                      **USMSTORTClaims** <USMSTORTClaims@usdoj.gov>
Sent                         to me
Drafts              9
                                    Thank you for submitting an email to the USMS TORT Team.  This is an automated message
More

Labels                       *******FOR STATUS INQUIRIES-WE ARE UNABLE TO PROVIDE INDIVIDUAL RESPONSE

                             While we appreciate that you are eager for resolution of your claim(s), The FTCA affords the Gove
                             tort claim is received by this agency to administratively adjudicate the claim before a claimant can
                             your claim has been pending for less than six months, please be patient and await adjudication of y
                             over six months, please understand that we are responding to many claims in addition to yours, and
                             order in which they were received.  If you are no longer able to await adjudication of your claim, a
                             civil action in the appropriate U.S. District Court.


                             ******** FOR NEW CLAIMS
                             Thank you for submitting an email to the USMS TORT Team.  This is an automated message so ple
                             checked by the USMS TORT Team daily.  If you have submitted a new administrative tort claim, pl
                             mailed to the address listed on the administrative tort claim form confirming receipt and/or reques
                             have already submitted an administrative tort claim form, and are now providing additional suppo
                             that you will <u>not</u> receive an acknowledgment for receipt of this information.

                             The applicable provisions of the Federal Tort Claims Act [28 U.S.C. §§ 1346(b), 2401(b), 2671, <u>et se</u>
                             arise from the negligent or wrongful act or omission of an employee of the Federal Government wh
                             employment, under circumstances where the United States, if a private person, would be liable to th
                             place where the act or omission occurred.



☰  ⋈ Gmail    🔍    USMSTORTClaims@usdoj.gov                                        ✕  ⚏

Compose

Inbox          1,544

Starred

Snoozed

Sent

Drafts             9

More

Labels

## Hello there!

**Marie Encar Arnold** <secure911mycom@gmail.com>
to USMSTORTClaims

Dear Mrs. Lisa Dickensen,

    I have sent you a letter in the mail.... awaiting for you to pick. Marie Arnold

( Reply )    ( Forward )

# EXHIBITS F

USMS Department of Justice, U.S. Attorney General

USMS Headquarter Office of General

## FTCA Number: #52941

## "Sum Certain" of Damages $10 Billion

### "ADMINISTRATION REMEDIES"

MARIE ENCAR ARNOLD

Oct.7,2021

5703 Cordonata Way, Bakersfield, CA 93306

# **TABLES OF AUTHORITES**

Pages.

**INTRODUCTION**

1. Statement of Facts...........................................................................................1

1. Demand Settlement letter of Sept. 14,2021................................................1

A.   Voucher For Payment Under FTCA standard Form 1145...........................1

2. Proof Ownership.............................................................................................1

A. a copy DMV registration of resident....................................................1

3. Some Medical Bills.......................................................................................10

A. Proof of Hospital bills........................................................................10

4. Lost Wages.....................................................................................35

A. unemployment opportunity breached, NASA, FBI, USMS,Library of Congress etc.

5. Property Damages...........................................................................................6

A. cars, looted house, stolen etc.............................................................6

6. Wrongful Death .............................................................................................1

A. Dog......................................................................................................1

7. Compensary Damages ....................................................................................1

## INTRODUCTION

Ms. Marie Encar Arnold is former USPS, and is 28 U.S.C 1654 Pro Se in Multi-District Court, U.S. Northern District Court, San Jose, U.S. Oakland District Court, San Fransico, Las Vegas, U.S. District of Nevada, U.S. Eastern District Court, Bakersfield. Ms. Marie Arnold has been litigation civil case since 2015 to 2021. Plaintiff is not a criminal to civil case. USMS John Doe Manger 1 & John Doe 2 committed § 563, § 564, §566 negligence U.S.C 2671-2680 Federal Agency or Federal employee breached, cyhacked in personal devices, phone, reading emails, breaching personal information SSN, financial bank Accounts, medical records misusing Government facility and undercover spy operations, broad casting out loud interception communication radio frequency Ms. Marie Arnold civil cases, medical appointment, texts. USMS Agent employee (s), Philip Federal Courthouse Building, 450 Golden Gate Ave, 20th Floor, San Fransico, CA 94102 Breaching and reviewing personal affairs in Ms. Marie Arnold home. California Privacy Act, 5 U.S. Code § 552 and § 568 Practice of law prohibited a United States marshal or deputy marshal may not practice law in any court of the United States. Pursuant to Federal Tort Claim Act, 28. U.S.C. 1346 (b) (1). Pursuant S95 form. 28. U.S.C. 2401 (b). 28 C.F.R. 14.1, 28 C.F.R. 14.2, C.F.R 14.4. Department of Justice and USMS Headquarter correspondence instruct to Ms. Marie Arnold to adjudicate her Medical Bills, Lost Wages, Compensary Damages "sum certain of damages $10 Billion.

## STATEMENT OF FACTS

Ms. Marie Encar Arnold is former USPS, and is 28 U.S.C 1654 Pro Se in Multi-District Court, U.S. Northern District Court, San Jose, U.S. Oakland District Court, San Fransico, Las Vegas, U.S. District of Nevada, U.S. Eastern District Court, Bakersfield. Ms. Marie Arnold resident 5703 Cordonata Way, Bakersfield, CA 93306, 10367 Perfect Parsley Las Vegas, NV 89183. State her proof resident. Ms. Marie Arnold has been litigation civil case since 2015 to 2021. Plaintiff is not a criminal to her civil case *Marie Arnold vs. USA, Marie Arnold* vs. *CIA, Marie Arnold vs Target Corporation, Marie Arnold vs. Metlife Auto, Marie Arnold vs. Attorney General, USA, Marie Arnold vs. KP for Arbitration.* Ms. Marie Arnold litigation was being breached "out loud" to criminal defense to all case filed on 2018-2021 with personal information stored tampered her case, California Privacy Act, 5 U.S. Code § 552a violated her privacy act damage all my case of loss and even control 35 applications jobs unemployment using undercover spy operations/ loss wages, breaching personal information's, SSN, U.S. Passport, bank account, medical record, Assets, even USPS Assement Exam, Law school Exams etc. Ms. Marie Arnold and her family were hospitals and mental anguished, high voltage electro shocks and harassment, my family, friends and co-workers, Pastor, Professors, Principal, Media, Actors, Singers, Mayor, Priests, Elementary, students, lawyers, Athletics, law clerks, Politicians, USPS employees, Real Estate Agent, Ex-Boyfriends, Insurance Company also experience of pain and suffering, violation Privacy Act, All compensary damages of my case even during litigation. Wrongful death of dog, my best friend cures my PSTD and depression name Star, USMS John Doe Manger 1 and John Doe 2 committed Negligence U.S.C 2671-2680 Federal employee breached, cyhacked in personal devices, phone, reading emails, breaching personal information SSN, financial bank Accounts etc., misusing Government facility and undercover operations, broad casting out loud interception communication radio

frequency Ms. Marie Arnold civil cases, emails, texts. USMS Agent employee (s), Philip

Federal Courthouse Building, 450 Golden Gate Ave, 20th Floor, San Fransico, CA 94102

Breaching and reviewing personal affairs in Ms. Marie Arnold home. California Privacy Act, 5

U.S. Code § 552a. USMS Agent John Doe 1 and John Doe 2 breach their duty of negligence

prohibits §568 Practice of law prohibited A United States Marshal or deputy marshal may not

practice law in any court of United States. Ms. Marie Arnold family suffered compensary

damages of personal injury. Ms. Marie Arnold had filed an Investigation with Department of

Human Health Services, USPS Criminal Investigator, USPS Criminal Investigator, SSA

Investigator, Palo Alto Medical Investigator, FTC Investigator for banks, State of California

License Investigator, Identity Theft Alert, USMS criminal Investigator. Marie Arnold had sent

complaint to Department of Justice of many emotional distresses. John Does has no relation

party to her civil case, negligence breach of duty, Ms. Marie Arnold is not a fugitive nor

criminal, no probable cause to risk her California Privacy Act. Pursuant to Federal Tort Claim

Act, 28. U.S.C. 1346 (b) (1). Pursuant S95 form. 28. U.S.C. 2401 (b). 28 C.F.R. 14.1  28 C.F.R.

14.2, C.F.R 14.4. Department of Justice and USMS Headquarter correspondence instruct to Ms.

Marie Arnold to adjudicate her Wrongful Death of dog $3 Million, Property Damages, $9,000

Medical Bills $5,000 Billion, Lost Wages $5 Billion, Compensary Damages $4.9 Billion "sum

certain" of damages $10 Billion.

# DEMAND SETTLEMENT LETTER

Sept. 15,2021

**From: Marie Arnold Federal Tort Claim # 52941**
**5703 Cordonata Way, Bakersfield, CA 93306**

**To: Department of Justice Civil Division, Tort Branch, Federal Tort Claims Act Staff,**
**Post Office Box 888, Benjamin Franklin Station, Washington, D.C. 20044**
**United States Marshals Serivces Headquarter, Office General Counsel Building CG-3, 15**
**Floor Washington, D.C. 20530-0001**

**Dear Department of Justice Hope L. Swann, USMS Office General Counsel Lisa**
**Dickinson, U.S. Attorney General,**

   Good afternoon, USMS Office General Counsel Lisa Dickinson, in respond to your

correspondence on my USMS Tort Claim that I have received on June 17,2021. That I was to

adjudicate my claims for compensatory, lost wages, property damages and personal injury. The

negligence cause by your USMS employee(s) in capacity scope of breaching, invasion privacy

of highly personal information's. I have submitted evidences to USMS headquarters, medical

bills, the name of USMS employee (s), ownership, and picture of property damages. In good

faith, I would be willing to mitigate a settlement amount $3 Million. For inconvenience that arises

during litigations. I hoping to hear from you. Please call me 661-748-1289 or 702- 802-9451.

I have attached standard form 1145. Best regards, Marie Arnold, Pro Se litigator of multi-

District Court.

 Respectfully,

Marie Arnold, Pro Se

Standard Form 1145 (EG)
(Revised 1/92)
Department of the Treasury
1 TFM 4-2000

**VOUCHER FOR PAYMENT
UNDER FEDERAL TORT CLAIMS ACT**

Voucher No. _____

Schedule No. _____

Claim No. _____

U.S. _____
(Department, bureau, or establishment)

Voucher prepared at _____
(Give place and date)

**The United States, Dr.,**

To _____
(Payee(s))

Address _____

| PAID BY |
| --- |
|  |

Amount claimed, $ _____     Date claim accrued _____ , 20 _____

Amount of award, compromise, or settlement - _____ $ _____
BRIEF DESCRIPTION OF CLAIM (See attachments for further explanation in detail.)

---

### ACCEPTANCE BY CLAIMANT(S)

I, (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), on my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen and bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the claim for which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose act or omission gave rise to the claim by reason of the same subject matter, including any future claim for the wrongful death of me (us). I (We) further agree to reimburse, indemnify, and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the same subject matter.

Date _____ , 20 _____

**SIGN
ORIGINAL
ONLY**

_____
(Claimant)

_____
(Claimant)

---

This claim has been fully examined in accordance with the provisions of the Federal Tort Claims Act (28 U.S.C. 2673), and is approved in the

amount of $ _____

_____
(Head of Federal agency, or authorized designee)

Date _____ , 20 _____
**SIGN ORIGINAL ONLY**
Title _____

Pursuant to the authority vested in me, I certify that this voucher is correct and proper for payment in the

amount of $ _____

_____
(Authorized certifying officer)

Date _____ , 20 _____
**SIGN ORIGINAL ONLY**
Title _____

---

### ACCOUNTING CLASSIFICATION

---

Paid by Check No. _____

# PROOF OWNERSHIP

REGISTRATION CARD VALID FROM: 06/02/2020 TO: 06

| MAKE | YR. MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYP | 'BER |
|------|-----------|-------------|-----------|-----|----------|-----|------|
| BMW | 2018 | 2018 | HV | 2020 | 120 | | R |

| BODY TYPE MODEL | MP | MO | | | | |
|-----------------|----|----|--|--|--|--|
| UT | G | BH | | | | |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | | |
|------------------|-------------|---------|--------------|-----|--|--|
| AUTOMOBILE | 08/05/20 | 15 | 08/05/20 | 2 | | /2020 |

REGISTERED OWNER
ARNOLD MARIE ENCAR ARANA
5703 CORDONATA WAY

AMOUNT DUE      ..00
$  452.00  C7

BAKERSFIELD
CA        93306

LIENHOLDER
WELLS FARGO AUTO
PO BX 997517

SACRAMENTO
CA        95899        F00   VA0 AR                    J80520 11   8SGX698 468

Brian Sandoval
Governor

Terri L. Albertson
Director

on with the
Vehicles for your
NSE

expires on: 02/11/2019

Issued: 12/28/2018

DLN/ID: 170625277

ARNOLD
MARIE ENCA
10367 PERF
LAS VEGAS

| Class: C | End: | Rest: |
|----------|------|-------|
| Sex: F | Ht: 5'00" | Wt: 135 |
| Eyes: BRO | Hair: BLK | DOB: 1 |

Signatu

DD: 0001686184206 13148852

- **This document is not valid to establish identity, eligibility for employment, or public benefits.**
- **If you are applying for a driver's license or instruction permit, this document is valid to drive only.**
- **This is an official document.  It is a violation of Nevada state law to alter, forge, counterfeit, or to**

# Medical Bills
# "Sum Certain" of Damages
# $5,000



# Medicare Summary Notice
## for Part B (Medical Insurance)

Page 1 of 6

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services



5420 1 AV 0.386        AUTOSCH 5-DIGIT 89141

MARIE A. DANTES                        57
10367 PERFECT PARSLEY ST
LAS VEGAS, NV 89183-4291

## THIS IS NOT A BILL

### Notice for Marie Dantes

| | |
|---|---|
| Medicare Number | **3NV8N90FJ42** |
| Date of This Notice | **January 03, 2020** |
| Claims Processed Between | **October 05, 2019 - January 03, 2020** |

### Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$185.00** deductible for 2019.

### Be Informed!

**Get a pneumococcal shot.** You may only need it once in a lifetime. Contact your health care provider about getting this shot. You pay nothing if your health care provider accepts Medicare assignment.

### Your Claims & Costs This Period

**Did Medicare Approve All Services?**     **YES**

See page 2 for how to double-check this notice.

| | |
|---|---|
| **Total You May Be Billed** | **$308.06** |

### Providers with Claims This Period

August 05 - October 31, 2019
**Bakersfield Memorial Hospital**

¿Sabía que puede recibir este aviso y otro tipo de ayuda de Medicare en español? Llame y hable con un agente en español.

Marie A. Dantes

**THIS IS NOT A BILL** | Page 4 of 6

## August 05, 2019/Bakersfield Memorial Hospital continued...

| Service Provided & Billing Code | Service Approved? | Amount Facility Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| X-ray of femur, minimum 2 views (73552-LT) | Yes | 420.00 | 420.00 | 0.00 | 0.00 | B |
| Injection beneath the skin or into muscle for therapy, diagnosis, or prevention (96372) | Yes | 384.00 | 384.00 | 0.00 | 0.00 | B |
| Emergency department visit, problem of high severity (99284-25) | Yes | 2,252.00 | 2,252.00 | 281.31 | 127.38 | C |
| Injection, ketorolac tromethamine, per 15 mg (J1885) | Yes | 26.00 | 26.00 | 0.00 | 0.00 | B |
| Ultrasound scan of veins of one arm or leg or limited including assessment of compression and functional maneuvers (93971-LT) | Yes | 1,052.00 | 1,052.00 | 0.00 | 129.39 | D |
| **Total for Claim # 21931002281007CAA** | | $5,508.00 | $5,508.00 | $281.31 | $256.77 | E,F,G |

## October 31, 2019
**Bakersfield Memorial Hospital, (661) 327-4647**
420 34th St, Bakersfield, CA 93301-2237
Referred by Kent K. Kwan

| Service Provided & Billing Code | Service Approved? | Amount Facility Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Automated urinalysis test (81003) | Yes | $117.00 | $117.00 | $0.00 | $0.00 | B |
| Claim # 21931602173207CAA | | | | | | |

(continued)

**Continued →**

## Notes for Claims Above

Payment is included in another service received on the same day.

$55.61 of this approved amount has been applied toward your deductible.

$129.39 of this approved amount has been applied toward your deductible.

The amount Medicare paid the provider for this claim is $281.31.

This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

 **Dignity Health.**

Bakersfield Memorial Hospital
420 34TH STREET
BAKERSFIELD, CA  93301

Statement Date
5/26/20
661 327-4647

In case of error on your bill, please inquire in writing to the above address within 60 days.

| Patient | Admission No. | Admitted | Discharged | Page |
|---|---|---|---|---|
| ARNOLD, MARIE E | 68004088552 | 5/20/2020 | 5/20/2020 | 1    D |
| | MR#:  2520178556 | PT TYPE E | | |

Guarantor:

MARIE ENCAR ARANA ARNOLD
5703 CORDONATA WAY

BAKERSFIELD, CA 93306

| Ins. Code | Insurance Company | Insurance I. D. Number |
|---|---|---|
| 1. 5049 | UMR | Y12513598 |
| 2. 1001 | MEDICARE | 3NV8N90FJ42 |
| 3. 2000 | MEDICAL | 96464160D07038 |
| 4. | | |

| Charge # | Service Date | CPT4/SMA Code | Mod. | Bill / Rev Code | Qty. | Service Description | Hospital Charge |
|---|---|---|---|---|---|---|---|
| | | | | 0310 | | PATHOLOGY LAB | |
| 3022059 | 5/20/20 | U0002 | | 0310 | 1 | SARS-COV-2 CVD-19 AN | 154.00 |
| 3022059 | 5/20/20 | U0002 | | 0310 | 1 | SARS-COV-2 CVD-19 AN | 154.00- |
| 3022058 | 5/20/20 | U0003 | | 0310 | 1 | H-COVID-19 H6631 | 100.00 |
| | | | | | | ** SUBTOTAL ** | 100.00 |
| | | | | 0450 | | EMERGENCY ROOM | |
| 4500008 | 5/20/20 | 99283 | | 0450 | 1 | ER LEVEL 3 | 1,412.00 |
| | | | | | | ** SUBTOTAL ** | 1,412.00 |
| | | | | | | *** TOTAL CHARGES --> | 1,512.00 |

ALL BILLS DUE AND PAYABLE UPON RECEIPT.  PATIENT AMOUNT DUE IS SUBJECT TO REVISION BASED ON ACTUAL COVERAGE WHEN PAID.  CHARGES OR CREDITS NOT IN THE BUSINESS OFFICE AT TIME OF THIS STATEMENT WILL BE BILLED TO YOU AT A LATER DATE.

*Thank You!*

1,512.00

**PAY THIS AMOUNT**

 **Dignity Health.**

Bakersfield Memorial Hospital
420 34TH STREET
BAKERSFIELD, CA 93301

Statement Date
11/06/19
661 327-4647

In case of error on your bill, please inquire in writing to the above address within 60 days.

| Patient | Admission No. | Admitted | Discharged | Page |
|---|---|---|---|---|
| ARNOLD, MARIE E | 68003395305 MR#: 2520178556 | 10/31/2019 PT TYPE E | 10/31/2019 | 1     D |

Guarantor:

MARIE ENCAR ARANA ARNOLD
10367 PERFECT PARSLEY ST

LAS VEGAS, NV 89183

| Ins. Code | Insurance Company | Insurance I. D. Number |
|---|---|---|
| 1. 5049 | UMR | Y12513598 |
| 2. 1001 | MEDICARE | 3NV8N90FJ42 |
| 3. 2000 | MEDICAL | 96464160D07038 |
| 4. | | |

| Charge # | Service Date | CPT4/SMA Code | Mod. | Bill / Rev Code | Qty. | Service Description | Hospital Charge |
|---|---|---|---|---|---|---|---|
| 3000063 | 10/31/19 | 81003 | | 0307 0307 | 1 | LAB/ UROLOGY UA AUTO W/O MICRO ** SUBTOTAL ** | 117.00 117.00 |
| 4500008 | 10/31/19 | 99283 | | 0450 0450 | 1 | EMERGENCY ROOM ER LEVEL 3 ** SUBTOTAL ** | 1,412.00 1,412.00 |
| | | | | | | *** TOTAL CHARGES --> | 1,529.00 |

ALL BILLS DUE AND PAYABLE UPON RECEIPT. PATIENT AMOUNT DUE IS SUBJECT TO REVISION BASED ON ACTUAL COVERAGE WHEN PAID. CHARGES OR CREDITS NOT IN THE BUSINESS OFFICE AT TIME OF THIS STATEMENT WILL BE BILLED TO YOU AT A LATER DATE.

*Thank You!*

1,529.00

**PAY THIS AMOUNT**



**Dignity Health.**

Bakersfield Memorial Hospital
420 34TH STREET
BAKERSFIELD, CA  93301

Statement Date
8/11/19
661 327-4647

In case of error on your bill, please inquire in writing to the above address within 60 days.

| Patient | Admission No. | Admitted | Discharged | Page |
|---|---|---|---|---|
| ARNOLD, MARIE E | 68003054068 | 8/05/2019 | 8/05/2019 | 1  D |
| | MR#:  2520178556 | PT TYPE E | | |

Guarantor:

MARIE ENCAR ARANA ARNOLD
10367 PERFECT PARSLEY ST

LAS VEGAS, NV 89183

| Ins. Code | Insurance Company | Insurance I. D. Number |
|---|---|---|
| 1. 5049 | UMR | Y12513598 |
| 2. 1001 | MEDICARE | 3NV8N90FJ42 |
| 3. 2000 | MEDI CAL | 96464160D07038 |
| 4. | | |

| Charge # | Service Date | CPT4/SMA Code | Mod. | Bill / Rev Code | Qty. | Service Description | Hospital Charge |
|---|---|---|---|---|---|---|---|
| | | | | 0300 | | LABORATORY | |
| 3000104 | 8/05/19 | 36415 | | 0300 | 1 | VENIPUNCTURE IP/ER | 43.00 |
| | | | | | | ** SUBTOTAL ** | 43.00 |
| | | | | 0301 | | LAB/CHEMISTRY | |
| 3000008 | 8/05/19 | 80048 | | 0301 | 1 | BASIC METABOLIC PANE | 546.00 |
| 3000163 | 8/05/19 | 84703 | | 0301 | 1 | HCG PREG QL | 305.00 |
| | | | | | | ** SUBTOTAL ** | 851.00 |
| | | | | 0305 | | LAB/HEMOTOLOGY | |
| 3000200 | 8/05/19 | 85379 | | 0305 | 1 | D-DIMER QN | 193.00 |
| 3000193 | 8/05/19 | 85025 | | 0305 | 1 | CBC W/ AUTO DIFF | 287.00 |
| | | | | | | ** SUBTOTAL ** | 480.00 |
| | | | | 0320 | | RADIOLOGY - DIAGNOSTIC | |
| 3201508 | 8/05/19 | 73552 | LT | 0320 | 1 | XR FEMUR 2+ VIEWS LT | 420.00 |
| | | | | | | ** SUBTOTAL ** | 420.00 |
| | | | | 0450 | | EMERGENCY ROOM | |
| 4500011 | 8/05/19 | 99284 | 25 | 0450 | 1 | ER LEVEL 4 W/ PROCEDU | 2,252.00 |
| 4500103 | 8/05/19 | 96372 | | 0450 | 1 | INJ TX/DX/ PROPH SUBQ | 384.00 |
| | | | | | | ** SUBTOTAL ** | 2,636.00 |
| | | | | 0636 | | PHARMACY W HCPCS | |
| 6319578 | 8/05/19 | J1885 | | 0636 | 4 | KETOROLAC 30MG/ML 2M | 26.00 |
| | | | | | | ** SUBTOTAL ** | 26.00 |
| | | | | 0921 | | PERI VASCULAR LAB | |
| 9200055 | 8/05/19 | 93971 | LT | 0921 | 1 | US V DPLX VENOUS EXT | 1,052.00 |
| | | | | | | ** SUBTOTAL ** | 1,052.00 |
| | | | | | | *** TOTAL CHARGES --> | 5,508.00 |

ALL BILLS DUE AND PAYABLE UPON RECEIPT. PATIENT AMOUNT DUE IS SUBJECT TO REVISION BASED ON ACTUAL COVERAGE WHEN PAID. CHARGES OR CREDITS NOT IN THE BUSINESS OFFICE AT TIME OF THIS STATEMENT WILL BE BILLED TO YOU AT A LATER DATE.

*Thank You!*

5,508.00

**PAY THIS AMOUNT**

CEP AMERICA CALIFORNIA
PO BOX 582663
MODESTO CA 95358-0070

**FINAL NOTICE**

0995

To Pay By Credit Card
   
go to: www.epayitonline.com or pay by phone
@ 866-954-4405 or
International callers @ 209-252-0601

01222

Patient: MARIE ARNOLD
Billing Office Hours: 8:00am - 5:30pm PT
Monday-Friday (Closed On Major Holidays)
Phone: 800-498-7157
Outside The USA Email: billing@vituity.com

| STATEMENT DATE | ACCOUNT # | |
|---|---|---|
| 05/07/21 | E18  831064 | $380.00 |

Code ID: VITUBIL2   Access#: 11319852-1-274

MARIE ARNOLD
5703 Cordonata Way
Bakersfield CA 93306-7479

01222

CEP AMERICA CALIFORNIA
PO BOX 582663
MODESTO CA 95358-0070

0507210000003B000E16000831064

Feb 15, 2021

# THIS IS YOUR FINAL NOTICE!

The balance due on your account is past due.  Please remit payment in full within the next 10 days to avoid the account being referred to a collection agency, which may have a negative impact on your credit report. If you have already made payment on this account, thank you and you may disregard this notice.

If you are uninsured or have high medical costs, please contact Patient Services at 800-498-7157 for information on discounts and programs for which you may be eligible, including the Medicaid program.

If you have insurance coverage, please provide your insurance information at www.epayitonline.com or contact Patient Services so that we may bill your plan.

**Payments can be made at www.epayitonline.com or with our automated system at: 1-866-954-4405 or International callers at 1-209-252-0601**

Account Information

| | |
|---|---|
| Statement Date: | 05/07/2021 |
| Patient: | MARIE ARNOLD |
| Account #: | E18  831084 |
| Patient Balance: | $380.00 |

PAY NOW

**$380.00**

## PAY ONLINE
www.ePayItOnline.com
Code ID: VITUBIL2   Access#: 11319852-1-274

SCAN FOR
MOBILE
PAYMENT

**vituity**

If payment has been forwarded or arrangements made, please disregard this notice with our thanks.

VITUBIL2-0544697-3030000-11319852-001-000274-4C013F0-09C5

**Marie Enca A. Dantes**                                    **THIS IS NOT A BILL | Page 4 of 5**

## February 15, 2021
El Camino Hospital, (650) 940-7000
2500 Grant Rd, Mountain View, CA 94040-4302
Referred by Gary Klapman

| Service Provided & Billing Code | Service Approved? | Amount Facility Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Emergency department visit, moderately severe problem (99283) | Yes | $2,521.92 | $2,521.92 | $0.00 | $0.00 | A |
| **Total for Claim # 22107002212007CAA** | | $2,521.92 | $2,521.92 | $0.00 | $0.00 | B,C,D, E |

## Notes for Claims Above

**A** $203.00 of this approved amount has been applied toward your deductible.

**B** The amount Medicare paid the provider for this claim is $0.00.

**C** Your primary group's payment satisfied Medicare deductible and coinsurance.

**D** No payment was made because your primary insurer's payment satisfied the provider's bill.

**E** $203.00 of the money approved by your primary insurer has been credited to your Medicare Part B (A) deductible. You do not have to pay this amount.

# Medicare Summary Notice
## for Part B (Medical Insurance)

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services

Page 1 of 5



15110 1 AV 0.395          AUT45-DIGIT 93306

MARIE ENCA A. DANTES
5703 CORDONATA WAY
BAKERSFIELD, CA 93306-7479

**THIS IS NOT A BILL**

---

### Notice for Marie Enca Dantes

Medicare Number    **3NV8N90FJ42**

Date of This Notice    **May 14, 2021**

Claims Processed Between    **February 13 - May 14, 2021**

### Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$203.00** deductible for 2021.

### Be Informed!

Medicare covers the COVID-19 vaccine at no cost to you. Bring your Medicare card so your health care provider or pharmacy can bill Medicare. Visit Medicare.gov to learn more. Contact your local health department for more information on COVID-19 vaccines in your area.

### Your Claims & Costs This Period

Did Medicare Approve All Services?    **YES**

See page 2 for how to double-check this notice.

**Total You May Be Billed**    **$0.00**

### Providers with Claims This Period

February 15, 2021
**El Camino Hospital**

---

¿Sabía que puede recibir este aviso y otro tipo de ayuda de Medicare en español? Llame y hable con un agente en español.
如果需要中国语帮助，请致电联邦医疗保险，请先说 "agent"，然后说 "Mandarin"。        **1-800-MEDICARE (1-800-633-4227)**



# Dignity Health
St. Rose Dominican
Siena Campus

14141 Southwest Freeway Suite 300 | Sugar Land TX 77478

## Statement of Services

**mySecureBill**

i For help with billing questions, please call:
(800) 644-0864
Office Hours: M-TH 7:00am-10:00pm, F
7:00am-6:00pm, S-S 8:00am-4:00pm

Sign up for eStatements, text notifications, eWallet and more!
dignityhealth.org/billpay

| WID Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| K41505549 | 11/11/2019 | $2,860.20 | $ |

Page 1 of 1

MARIE E ARNOLD
10367 PERFECT PARSLEY ST
LAS VEGAS NV 89183-4291

St. Rose Dominican - Siena
PO BOX 57125
LOS ANGELES CA 90074-7125

"Paid" 7/1/2019

myEasyMatch Code: BMH-KYT-7MP

| WID Number | Guarantor Name | | Statement Date | Due Date |
|---|---|---|---|---|
| K41505549 | MARIE E ARNOLD | | 10/21/2019 | 11/11/2019 |

Please detach and return top portion with payment.

| Date | Service Description | Charges | Payments / Adjustments | Patient Balance |
|---|---|---|---|---|
| 04/08/2019 | **MARIE E ARNOLD**<br>*Loc: St. Rose Dominican - Siena*<br>Account #: 66027335<br>Insurance Payments/Adjustments<br>Patient Payments/Adjustments<br><br>**Patient Balance** | $4,086.00 | -$1,225.80<br>$0.00 | $2,860.20 |

**Dignity Health's Financial Assistance Policy:**

If you need help paying your bill, you may qualify for financial assistance, including free care, a discount, or a payment plan under Dignity Health's Financial Assistance Policy. For additional information about Dignity Health's Financial Assistance Policy, please see the reverse side of this bill.



## Self-service Payment Plans

dignityhealth.org/billpay



Sign-up for eStatements

It's fast, easy, and no postage necessary.
Enroll today! dignityhealth.org/billpay

**AMOUNT DUE    $2,860.20**

**Dignity Health**

**St Rose Dominican Hospital-Siena Campus**
**3001 St Rose Parkway**
**Henderson, NV 89052**
**(702) 616-5000**

**Emergency Department**

**Transfer of Care Summary**

Please take with you to your follow up appointment with your regular Physician

# PERSON INFORMATION

**Name:** ARNOLD, MARIE ENCAR ARANA

**Sex:** F

**Address:** 10367 PERFECT PARSLEY ST LAS VEGAS
NV 891834291

**Phone:** (725)202-1325

**Language:** English

**DOB:** 10/11/1977 12:00 AM

**Age:** 41 Years

**MRN:** 10262118

**FIN:** 66027335

**Race:** Asian

**Ethnicity:** Non-Hispanic

# VISIT INFORMATION

**Date of Discharge:** **LOS:** 000 03:04

**Diagnosis:** Bilateral hand pain

Comment

# PROVIDERS

# Primary Care Provider:

SRDH, No PCP, Not given

## Emergency Department Providers:

| Provider | Role |
|----------|------|
| Dzik, Justin N MD | ED Provider |
| Fombrun, Fred PA-C | ED Provider |

## MEDICAL INFORMATION

**Height:**              165 cm
**Weight:**              64.091 kg
**BMI:**                 23.54
**Smoking Status:**
**Blood Pressure:**      140 mm Hg/
                         90 mm Hg

**Cognitive and Functional Status:**

**Allergies**
  No Known Medication Allergies

The following tests were performed during your visit.

**Laboratory or Other Results This Visit (last charted value for your 04/08/2019 visit)**

  **WBC**
    04/08/2019  9:39 PM
      **WBC:** 9.0 K/uL -- Normal range between ( 4.0 and 12.0 )

  **RBC**
    04/08/2019  9:39 PM
      **RBC:** 4.90 M/uL -- Normal range between ( 4.00 and 5.00 )

  **Hgb**
    04/08/2019  9:39 PM
      **Hgb:** 14.4 gm/dL -- Normal range between ( 11.5 and 16.0 )