PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:           dean.carter@usdoj.gov
Telephone:    (916) 554-2781
Facsimile:     (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIE ENCAR ARNOLD, | No. 1:23-cv-00266-ADA-CDB |
|---|---|
| Plaintiff, | **REPLY IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES DISTRICT COURT, ET AL., | |
| Defendants. | |

## I.   INTRODUCTION

The United States hereby submits this reply in support of the motion to dismiss.

## II.   ARGUMENT

Plaintiff Marie Encar Arnold's claims are implausible and incoherent.  In her opposition, Arnold argues that the Court has jurisdiction because she suffered "injuries of mental schizophrenia[1] 'hearing voice' effected and cause by U.S. government wire and oral electronic communication and physical pain and suffering digital Artificial Intelligence abuse of power 'cruel and inhumane torture punishment[.]'" ECF No. 16 at 2.  These allegations are "so bizarre and delusional that they are wholly insubstantial and cannot invoke this Court's jurisdiction." *O'Brien v. United States Department of Justice*, 927 F. Supp. 382, 385 (D. Ariz. 1995), *aff'd*, 76 F.3d 387 (9th Cir. 1996).  As with the claims recently filed in the Northern District of California, Arnold's claims here are ""inherently implausible" and thus "subject to dismissal for lack of subject-matter jurisdiction." *Arnold*, 2020 WL 732996, at *3.

---

[1] It appears that Arnold has been formally diagnosed with schizophrenia by a physician in the recent past.  *See* ECF No. 1-1 at 95.

### III.   CONCLUSION

For the aforementioned reasons, the United States respectfully requests that the Court dismiss Plaintiff's complaint.

Dated:  May 4, 2023                                               Respectfully submitted,

                                                                                 PHILLIP A. TALBERT
                                                                                 United States Attorney

                                                              By:    /s/  *W. Dean Carter*
                                                                                 W. DEAN CARTER
                                                                                 Assistant United States Attorney

                                                                                 Attorneys for Defendant
                                                                                 United States of America