1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DISTRICT COURT, *et al*.<br><br>    Defendants. | Case No. 1:22-cv-00266-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AND DISMISSING PLAINTIFF'S COMPLAINT<br><br>(Doc. 29) |

Plaintiff Marie Encar Arnold ("Plaintiff") proceeding *pro se* filed a complaint against Defendants on February 22, 2023. (Doc. 1). On April 19, 2023, Defendants filed a motion to dismiss. (Doc. 14). On April 24, 2023, Plaintiff filed an opposition to the motion to dismiss and Defendant replied on May 9, 2023. (Docs. 16, 22). On April 26, 2023, this Court referred the pending motion to dismiss to the assigned Magistrate Judge. (Doc. 19).

On May 18, 2023, the assigned Magistrate Judge issued findings and recommendations that Defendants' motion to dismiss be granted and Plaintiff's complaint be dismissed with prejudice and without leave to amend. (Doc. 29). The assigned Magistrate Judge found Plaintiff's claims were implausible and could not confer subject-matter jurisdiction on this Court. *Id*. at 3-4. On May 23, 2023, Plaintiff filed a "notice of plaintiff to involuntary dismiss without

prejudice" and objections to the Magistrate Judge's findings and recommendations.  (Docs. 30-31).

Pursuant to 28 U.S.C. § 636(b)(1)(C), and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire matter, this Court concludes the findings and recommendations are supported by the record and by proper analysis.  Accordingly, the Court HEREBY ORDERS:

1. The May 18, 2023, findings and recommendations (Doc. 29) are adopted in full;
2. Defendants' motion to dismiss (Doc. 14) is GRANTED;
3. Plaintiff's complaint (Doc. 1) is dismissed with prejudice and without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 5, 2023

_____

UNITED STATES DISTRICT JUDGE