# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **MARIE ENCAR ARNOLD,** |  |
| v. | CASE NO: **1:23–CV–00266–ADA–CDB** |
| **UNITED STATES DISTRICT COURT, ET AL.,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/6/2023**

                                                                      **Keith Holland**
                                                                        Clerk of Court

ENTERED: **June 6, 2023**

                                                    by: /s/ T. Lundstrom
                                                                  Deputy Clerk